UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SEALED UNIT PARTS CO., INC.,

    Judgment Creditor,

vs.                                Case No.: 8:17-mc-00109-CEH-AEP

SYCOM SURGE, INC. N/K/A BREN TUCK, INC.; MARK TUCKER; DAVID ROSS BRENNAN; and TURNER SOLUTIONS, INC.,

    Judgment Debtors.

_____/

**WRIT OF GARNISHMENT**

**To Garnishee:**

    Royal Bank of Canada

    Custodian of Records / Chief Executive Officer

    c/o its Registered Agent:

    Corporation Service Company

    1201 Hays Street

    Tallahassee, FL 32301

An application for Writ of Garnishment has been filed with this court to satisfy an unpaid judgment in favor of Sealed Unit Parts Co., Inc., in the amount of $2,760,000.00, and interest in the amount of $13,837.24, less payments in the amount of $255,000.00, for a total of $2,519,837.24 through October 12, 2017.

You are required by law to serve an answer to this Writ on Michael H. Moody, Esq., attorney for the Judgment Creditor, Sealed Unit Parts Co., Inc., whose address is c/o Greenberg Traurig, P.A., 101 E. College Avenue, Tallahassee, Florida 32301, moodym@gtlaw.com, within twenty (20) days after service on the Garnishee, exclusive of the day of service, and to file the

original with the Clerk of this Court either before service on the attorney or immediately therafter, stating whether the Garnishee is indebted to any of the judgment debtors:

- **MR. DAVID ROSS BRENNAN (SS# ▮▮▮▮ 8818)**
- **MR. MARK TUCKER (SS# ▮▮▮▮ 6073)**
- **SYCOM SURGE INC., N/K/A BREN TUCK, INC. (FEI/EIN #: 20-3638339)**
- **TURNER SOLUTIONS, INC. (TIN #: 47-1685154)**

All of the foregoing, the "Judgment Debtors." Your answer shall state whether the Garnishee is indebted to any of the Judgment Debtors at the time of the answer, or was indebted at the time of the service of the Writ, or at any time between such times, and what tangible and intangible personal property of the Judgment Debtors Garnishee has in his possession or control at the time of the answer or had at the time of the service of this Writ, or at any time between such times, and whether the Garnishee knows of any other person indebted to any of the Judgment Debtors or who may have any property of the Judgment Debtors.

For the avoidance of doubt, this writ of garnishment is intended to garnish all accounts in the name of any Judgment Debtor, or to which an Judgment Debtor has signatory authority, including, but not limited to the accounts in the name of David Ross Brennan, or to which David Ross Brennan has signatory authority, bearing Account Nos: ▮▮▮▮1734; ▮▮▮▮2065.

. **WITNESS**, Elizabeth M. Warren, Clerk of the United States District Court for the Middle District of Florida, on this ___18th___ day of October, 2017.

By: ___CRobert___

Deputy Clerk

*TAL 452249355v1*