UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SEALED UNIT PARTS CO., INC.,

    Judgment Creditor,

v.                                              Case No. 8:17-mc-00109-CEH-AEP

SYCOM SURGE, INC. N/K/A BREN
TUCK, INC.; MARK TUCKER; DAVIS
ROSS BRENNAN; AND TURNER
SOLUTIONS, INC.

    Judgment Debtors.
_____/

**NOTICE OF SERVICE OF COPY OF MOTION FOR WRIT OF GARNISHMENT, WRIT OF GARNISHMENT, AND STATUTORY NOTICE PURSUANT TO SECTION 77.041, FLORIDA STATUTES**

    Judgment Creditor, SEALED UNIT PARTS CO., INC., through undersigned counsel, pursuant to Section 77.041, Florida Statutes, hereby serves notice of its service by first class mail upon Judgment Debtor, SYCOM SURGE, INC. N/K/A BREN TUCK, INC.; MARK TUCKER; DAVIS ROSS BRENNAN; AND TURNER SOLUTIONS, INC.:

    (1) a copy of the Ex Parte Motion for Writ of Garnishment directed to **Branch Banking and Trust Company;**

    (2) a copy of the Writ of Garnishment directed to **Branch Banking and Trust Company**; and

    (3) the statutory Notice to Defendant of Right Against Garnishment of Wages, Money, And Other Property.

/s/ Michael H. Moody
Michael H. Moody
Florida Bar No. 66471
GREENBERG TRAURIG, P.A.
101 East College Avenue
Post Office Drawer 1838
Tallahassee, Florida 32302
Phone: (850) 222-6891
Fax: (850) 681-0207
*Counsel for Judgment Creditor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 13th day of November, 2017 a true and correct copy of the foregoing was filed electronically using the CM/ECF, and served as follows via U.S. Mail:

David Ross Brennan
10124 Yacht Club Drive
Treasure Island, Florida 33706

Mark Tucker
1217 Robinson Drive North
Saint Petersburg, Florida 33710

Sycom Surge Inc.
n/k/a Bren Tuck, Inc.
1217 Robinson Drive North
Saint Petersburg, Florida 33710

Turner Solutions, Inc.
1217 Robinson Drive North
Saint Petersburg, Florida 33710

/s/ Michael H. Moody

ORL 299654083v1