UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SEALED UNIT PARTS CO., INC.,

    Plaintiff,

v.                                                            Case No: 8:17-mc-109-T-36AEP

SYCOM SURGE, INC.*et al.*,

    Defendants.
_____/

## **ORDER**

This matter comes before the Court upon Sealed Unit Parts Co., Inc.'s ("SUP") Motions for Writs of Garnishment (Docs. 14, 15, 16). SUP obtained a judgment in the United States District Court for the District of New Jersey in the amount of $2,760,000.00 against Sycom Surge, Inc. n/k/a Bren Tuck, Inc.; David Ross Brennan; Mark Tucker; and Turner Solutions, Inc., with accrued interest in the amount of $13,130.79. SUP registered the judgment with this Court in accordance with 28 U.S.C. § 1963 (Doc. 1). According to SUP, a portion of the judgment in the amount of $2,518,130.80 remains unsatisfied as of November 10, 2017. By the instant motions, SUP requests issuance of writs of garnishment to the current tenants at the following addresses to assist in satisfying the judgment: (1) 450 Treasure Island Causeway, Unit #406, Treasure Island, Florida 33706; (2) 500 Treasure Island Causeway, Unit #305, Treasure Island, Florida 33706; and (3) 10375 Paradise Boulevard, Unit #51, Treasure Island, Florida 33706. Upon consideration, it is hereby

ORDERED:

1. SUP's Motions for Writs of Garnishment (Docs. 14, 15, 16) are GRANTED.

2. The Clerk is directed to issue the writs of garnishment as set forth in SUP's proposed writs of garnishment (Docs. 14-2, 15-2, 16-2).

DONE AND ORDERED in Tampa, Florida, this 14th day of November, 2017.

*[signature]*

ANTHONY E. PORCELLI
United States Magistrate Judge

cc:	Counsel of Record