## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

SEALED UNIT PARTS CO., INC.,

  Judgment Creditor,

vs.             Case No.: 8:17-mc-00109-CEH-AEP

SYCOM SURGE, INC. N/K/A BREN TUCK, INC.; MARK TUCKER; DAVID ROSS BRENNAN; and TURNER SOLUTIONS, INC.,

  Judgment Debtors,

and

BRANCH BANKING AND TRUST COMPANY,

  Garnishee.
_____/

## ANSWER TO WRIT OF GARNISHMENT

  COMES NOW, Garnishee, BRANCH BANKING AND TRUST COMPANY ("BB&T"), by and through its undersigned counsel and files its answer to Plaintiff's Writ of Garnishment and states as follows:

  1. Garnishee was not indebted and has not had any goods, monies, chattels or effects of Defendant(s), at the time of service of the Writ of Garnishment served upon the Garnishee and at the time of its answer and at all times between service and its answer except for the following:

| ACCOUNT TYPE AND NUMBER | NAME AND ADDRESS | AMOUNT IN ACCT. |
|---|---|---|
| Checking Account #xxxx8603 | Lauren Jones Irrevocable Trust<br>TTE Mark Tucker<br>TTE David Ross Brennan<br>1217 Robinson Dr N<br>Saint Petersburg, FL 33710 | $4,452.95<br>Holding pursuant to Writ of Garnishment |
| Checking Account #xxxx9840 | Mark Tucker<br>1217 Robinson Dr N<br>Saint Petersburg FL 33710 | $129.21<br>All Funds are Exempt Per 31 C.F.R Part 212. |

|  |  | No funds are subject to Writ of Garnishment |
|---|---|---|
| Checking Account #xxxx6606 | Justin D Turner Mark Tucker 5761 11th Ave N St. Petersburg, FL 33710-6437 | $218.27 Holding pursuant to Writ of Garnishment |
| Savings Account #xxxx6387 | Mark Tucker 1217 Robinson Dr N Saint Petersburg FL 33710 | $105.00 Holding pursuant to Writ of Garnishment |
| Checking Account #xxxx5931 | Turner Solutions Inc DBA Sycom Surge Solutions PO Box 17209 Clearwater, FL  33762-0209 | $42,170.00 Holding pursuant to Writ of Garnishment |

2. The Garnishee has no obligation to make, and has not made, a factual determination whether the property, if any, of the Defendant(s) in it possession or control is subject to any exemption provided to the Defendant(s) by State or Federal Law.

3. Garnishee has employed the services of the undersigned law firm to represent Garnishee in these garnishment proceedings.  Garnishee **DEMANDS** the statutory allowance from the Plaintiff payable to BRANCH BANKING AND TRUST COMPANY, as compensation to be applied towards Garnishee's reasonable attorney's fee.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/EMF and/or U.S. Mail this 21st day of November, 2017 to

Michael H. Moody, Esquire
Greenberg Taurig, P.A.
101 E. College Avenue
Tallahassee, Florida 32301
moodym@gtlaw.com.

          GRAYROBINSON, P.A.
          401 E. Jackson Street (33602)
          Suite 2700
          P.O. Box 3324
          Tampa, Florida 33601-3324

        (813) 273-5000 phone
        (813) 273-5145 fax
        Attorneys for BB&T

        */s/ Alissa M. Ellison*
        Alissa M. Ellison, Esquire
        Florida Bar No. 15992
        hendrix.litigation@gray-robinson.com
        alissa.ellison@gray-robinson.com
        Fiona.johnson@gray-robinson.com