UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SEALED UNIT PARTS CO., INC.,

    Judgment Creditor,

vs.

Case No.: 8:17-mc-00109-CEH-AEP

SYCOM SURGE, INC. N/K/A BREN TUCK, INC.; MARK TUCKER; DAVID ROSS BRENNAN; and TURNER SOLUTIONS, INC.,

    Judgment Debtors.
_____/

## MOTION FOR CHARGING ORDER

The Judgment Creditor, Sealed Unit Parts Co., Inc., hereby moves, pursuant to Section 605.0503, Florida Statutes, for entry of a Charging Order charging Judgment Debtors' transferrable interest in 12929 44th Street, LLC, a Florida limited liability company, with payment of the unsatisfied amount of the Final Judgment dated June 12, 2017, with interest thereon, and ordering a sale of that all of Judgment Debtor's interests pursuant to a foreclosure sale. As grounds therefor, Judgment Creditor respectfully states:

1. On June 12, 2017, Final Judgment was entered against Judgment Debtors, Sycom Surge, Inc., n/k/a Bren Tuck, Inc., Mark Tucker, David Ross Brennan, and Turner Solutions, Inc., in the initial amount of $2,760,000.00, plus continually accruing interest, attorney's fees, and costs. The Final Judgment was registered in the Middle District of Florida in this action on October 4, 2017.

2. As of the date of the filing of this Motion, the unpaid balance of the Final Judgment is $2,518,130.80, plus continually accruing post-judgment interest at the rate of 1.15% per annum.

3. Judgment Debtor, David Ross Brennan, is, upon information and belief, the sole member of 12929 44th Street, LLC, which owns a commercial warehouse located at 12929 44th Street, Clearwater, Florida 33762. Upon information and belief, the commercial warehouse produces rents and profits payable to Brennan, through 12929 44th Street, LLC, of roughly $150,000.00 per year, which appear to be paid to 12929 44th Street, LLC by tenant and fellow Judgment Debtor, Sycom Surge, Inc.

4. Pursuant to Section 605.0503(1), Florida Statutes, Judgment Creditor is entitled to the entry of an Order of this Court, charging Brennan's interests in 12929 44th Street, LLC with payment of the unsatisfied amount of the Final Judgment with interest.

5. Further, pursuant to Section 605.0503(4), Florida Statutes, Judgment Creditor requests that the Court order a foreclosure sale of Brennan's interests in 12929 44th Street, LLC. Section 605.0503(4) authorizes a foreclosure sale "in the case of a limited liability company that has only one member, if the judgment creditor…establishes to the satisfaction of a court of competent jurisdiction that distributions under a charging order will not satisfy the judgment within a reasonable time…." A foreclosure sale is justified because the Final Judgment in this action exceeds $2,500,000 as of today's date, and Brennan's most recently available tax returns show that annual dividends from 12929 44th Street, LLC do not exceed $150,000.

6. Even if all $150,000 were paid to Judgment Creditors pursuant to the Charging Order, it would take in excess of 16.5 years for the judgment to be paid absent a foreclosure sale. Due to the size of the Final Judgment in comparison to the dividends likely to be received as a result of a Charging Order, Judgment Creditors respectfully submit a foreclosure sale is appropriate under the circumstances.

7. Judgment Creditors respectfully also request that the Court appoint a receiver to

ensure that all rents and profits from the operation of 12929 44th Street, LLC are duly paid over to the Judgment Creditors pending conclusion of the foreclosure sale.

**WHEREFORE**, Judgment Creditors respectfully request the Court enter an Order charging the interests of Judgment Debtors in 12929 44th Street, LLC with payment of the unsatisfied amount of the Final Judgment of $2,516,587.52, with post-judgment interest thereon at the rate of 1.15% per annum, ordering a foreclosure sale of the same, appointing a receiver to ensure all rents and profits from the operation of 12929 44th Street, LLC are duly paid over to the Judgment Creditors pending conclusion of the foreclosure sale, and granting any and all such other and further relief as is just and equitable.

Respectfully submitted,

/s/ *Michael Moody*
MICHAEL MOODY
Florida Bar No. 66471
moodym@gtlaw.com
**GREENBERG TRAURIG, P.A.**
101 East College Avenue
Tallahassee, Florida 32301
Telephone: 850.222.6891
Facsimile: 850.681.0207
Attorneys for Judgment Creditor SEALED UNIT PARTS CO., INC.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this Motion was served upon counsel for David Ross Brennan, Michael A. Nardella, Esq., Nardella & Nardella, PLLC, 250 E. Colonial Drive Suite 102, Orlando, Florida 32801, mnardella@nardellalaw.com, via the Court's CM/ECF system on this 21st day of November, 2017.

  /s/ Michael H. Moody, Esq.