UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SEALED UNIT PARTS CO., INC.,

      Judgment Creditor,

v.                             Case No.: 8:17-mc-00109-CEH-AEP

SYCOM SURGE, INC. N/K/A BREN
TUCK, INC.; MARK TUCKER; DAVID
ROSS BRENNAN; and TURNER
SOLUTIONS, INC.,

      Judgment Debtors

_____/

**JUDGMENT DEBTOR, DAVID ROSS BRENNAN'S, MOTION TO
DISSOLVE WRITS OF GARNISHMENT (DOCS. 24, 25, & 26)
AND INCORPORATED MEMORANDUM OF LAW**

      Judgment Debtor, David Ross Brennan ("Brennan"), by and through his undersigned counsel, hereby moves this Court for entry of an order dissolving multiple writs of garnishment (Docs. 24, 25, & 26), and in support thereof, Brennan states as follows:

      1.      Three (3) separate writs of garnishment were issued by the clerk of the court on November 15, 2017 (Docs. 24, 25, & 26) (collectively, the "Writs") in favor of Sealed Unit Parts Co., Inc. (the "Judgment Creditor").

      2.      The Writs are each directed at tenants currently residing in three real properties owned by Brennan and his wife, Beverly Brennan (collectively, the "Brennans"), as tenants by the entirety.

      3.      The three real properties in Pinellas Country are as follows:

          a.   450 Treasure Island Causeway, Unit 406 ("Unit 406");

          b.   500 Treasure Island Causeway, Unit 305 ("Unit 305"); and

      c.   10375 Treasure Island Causeway, Unit 51 ("Unit 51").

4.      A copy of the vesting deed for Unit 406 is attached hereto as **Exhibit A**.  A copy of the vesting deed for Unit 305 is attached hereto as **Exhibit B**.  A copy of the vesting deed for Unit 51 is attached hereto as **Exhibit C**.

5.      In the instant matter, Brennan is one of several judgment debtors against which a judgment has been entered.  Beverly Brennan, his wife, is not a judgment debtor and owes no debt to the Judgment Creditor.

6.      Through the Writs, the Judgment Creditor seeks to have the tenants at Unit 401, Unit 305, and Unit 51 (collectively, the "Properties") redirect rents they are obligated to pay the Brennans to the Judgment Creditor.

7.      As each of the Properties is held by the Brennans by the entirety, the funds generated from these rental properties are also owned by the entirety.[1]

## MEMORANDUM OF LAW

8.      "Before a final judgment in garnishment is entered, the trial court should conclusively determine the interests in the funds and the applicable law thereto." *Stanbro v. McCormick 105, LLC*, 213 So. 3d 925 (Fla. 4th DCA 2017).  In this matter, the funds sought by the Judgment Creditor are not reachable as these funds are not the sole property of Brennan.

9.      To that end, "funds owned by a husband and wife as tenants by the entireties are beyond the reach of a creditor . . . ." *See Branch Banking and Trust Company v. ARK Development/Oceanview, LLC*, 150 So. 3d 817, 821 (Fla. 4th DCA 2014).  "Such funds are immune from garnishment except where the debt was incurred by both spouses."  *Id* at 821.

10.     Put another way:

---

[1] As to Unit 51, the Brennans, as husband and wife, own 50% of the property together with another couple.  The 50% held by the Brennans, however, is held by them as tenants by the entirety.

> when property is held as a tenancy by the entireties, only the creditors of both the husband and wife, jointly, may attach the tenancy by the entireties property; the property is not divisible on behalf of one spouse alone, and therefore it cannot be reached to satisfy the obligation of only one spouse.

*Beal Bank, SSB v. Almand and Associates*, 780 So. 2d 45 (2001). This is because "property held by husband and wife as tenants by the entireties belongs to neither spouse individually, but each spouse is seized of the whole. *Id* at 53.

11.     Under Florida law, where real property is owned by a husband and wife, "the ownership in the name of both spouses vests title in them as tenants by the entireties." *Beal Bank,* 780 So.2d at 54.  As a result, "[a] conveyance to spouses as husband and wife creates an estate by the entirety in the absence of express language showing a contrary intent."  *Id.* (citation and internal quotation marks omitted).  *See also Espenship v. Carter,* 514 So.2d 1108, 1109 (Fla. 1st DCA 1987) ("A conveyance to husband and wife creates an estate by the entirety when there is no express language in the deed demonstrating a contrary intent").

12.     In fact, where real property is involved, a deed need not even describe the owners as husband and wife nor set forth their marital relationship in order to establish a tenancy by the entireties between married owners of a single piece of real property. *Id.* at 54 n. 9 (citation omitted).  Thus, under Florida law, property titled in the name of both spouses is **presumptively** considered to be a tenancy by the entireties.  *Id.*

13.     Significantly, this presumption "is not rebuttable, . . . although it could be set aside if fraud were proven." *Bridgeview Bank Grp. v. Callaghan,* 84 So.3d 1154, 1155 (Fla. 4th DCA 2012) (citing *Losey v. Losey,* 221 So.2d 417 (Fla.1969)). *See also Roberts-Dude v. JP Morgan Chase Bank, N.A.*, 498 B.R. 348, 354–55 (S.D. Fla. 2013).

14.     In the instant matter, the Properties were deeded to the Brennans "as husband and wife" and therefore vested in the marital entirety, not in either individual, which presumption is

not rebuttable outside of fraud.  All rental income generated from Properties is therefore also entireties property and not subject to garnishment.  *See Miller v. Rosenthal*, 510 So. 2d 1127 (Fla. 4th DCA 1987).  The rents at issue are not, and have never been, the sole property of Brennan, the judgment debtor in this action, but as the rents are exempt, entireties property, the Writs should be dissolved.

WHEREFORE, Brennan respectfully requests that this Court enter an order that states as follows:

(a)  Brennan's Motion to Dissolve Writs of Garnishment is granted;

(b) The Writs are dissolved and the current tenants named in the Writs are discharged from any liability whatsoever under the Writs; and

(c) Any other further relief that this Court deems just and proper.


*/s/ Michael A. Nardella*
Michael A. Nardella, Esq.
Florida Bar No. 051265
Nardella & Nardella, PLLC
250 East Colonial Drive, Suite 102
Orlando, FL 32801
Telephone: (407) 966-2680
mnardella@nardellalaw.com
afebres@nardellalaw.com

*Counsel for David Ross Brennan*


## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(G)

I certify that, pursuant to Local Rule 3.01(g), undersigned counsel for Mr. Brennan called opposing counsel representing Plaintiff on November 20, 2017 and on November 28, 2017. After

discussing the matter, Defendant's counsel and Judgment Creditor's counsel were unable to reach an agreement on this matter.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that the foregoing was filed electronically with the Clerk of the above-captioned Court using CM/ECF on this 30th day of November, 2017.  As such, the foregoing was served electronically upon all counsel below listed on November 30, 2017.

Michael H. Moody, Esq.
Greenberg Traurig, P.A.
101 E. College Avenue
Tallahassee, FL 32301
moodym@gtlaw.com
*Counsel for Judgment Creditor*

*/s/ Michael A. Nardella*
Michael A. Nardella, Esq.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SEALED UNIT PARTS CO., INC.,

      Judgment Creditor,

v.                            Case No.: 8:17-mc-00109-CEH-AEP

SYCOM SURGE, INC. N/K/A BREN
TUCK, INC.; MARK TUCKER; DAVID
ROSS BRENNAN; and TURNER
SOLUTIONS, INC.,

      Judgment Debtors
_____/

## CLAIM OF EXEMPTION AND REQUEST FOR HEARING

      I claim exemption from garnishment under the following categories as checked:

| | | |
|---|---|---|
| _____ | 1. | Head of family wages.  (You must check a. or b. below) |
| | _____ a. | I provide more than one-half of the support for a child or other dependent and have net earnings of $750 or less per week. |
| | _____ b. | I provide more than one-half of the support for a child or other dependent, have net earnings of more than $750 per week, but have not agreed in writing to have my wages garnished. |
| _____ | 2. | Social Security benefits. |
| _____ | 3. | Supplemental Security Income benefits. |
| _____ | 4. | Public assistance (welfare). |
| _____ | 5. | Workers' Compensation. |
| _____ | 6. | Unemployment Compensation. |
| _____ | 7. | Veterans' benefits. |
| _____ | 8. | Retirement or profit-sharing benefits or pension money. |
| _____ | 9. | Life insurance benefits or case surrender value of a life insurance policy or proceeds of annuity contract. |
| _____ | 10. | Disability income benefits. |
| _____ | 11. | Prepaid College Trust Fund or Medial Savings Account. |
| __X__ | 12. | Other exemptions as provided by law. |

Explain: The writs of garnishment sent to tenants of property are unenforceable in this matter. Those rental properties are owned by David Ross Brennan and his wife, Beverly Brennan, as tenants by the entirety. Further, the funds from those properties are deposited in a jointly owned account.

tenants by the entirety. Further, the funds from those properties are deposited in a jointly owned account.

I request a hearing to decide the validity of my claim. Notice of the hearing should be given to me at:
Address: Nardella & Nardella, PLLC, 250 E. Colonial Drive, Suite 102, Orlando, FL 32801
Telephone: 407-966-2680

I CERTIFY UNDER OATH AND PENALTY OF PERJURY that a copy of this CLAIM OF EXEMPTION AND REQUEST FOR HEARING has been furnished by United States mail on November __, 2017, to: Current Tenant, 450 Treasure Island Causeway, Unit #406, Treasure Island, FL 33706, Current Tenant, 500 Treasure Island Causeway, Unit #305, Treasure Island, FL 33706, Current Tenant, 10375 Paradise Blvd., Unit $51, Treasure Island, FL 33706, and Michael H. Moody, Esq., Greenberg Traurig, P.A., 101 E. College Avenue, Tallahassee, FL 32301.

I FURTHER CERTIFY UNDER OATH AND PENALTY OF PERJURY that the statements made in this request are true to the best of my knowledge and belief.

_____   11/21/17
Defendant's Signature        Date

STATE OF FLORIDA
COUNTY OF _____

 Sworn and subscribed to before me this 21st day of November __, 2017, by David Brennan, who is ✓ personally known to me or _____ has produced the following identification _____.

_____
Notary Public

Jason S. Links
Typed/Printed Name of Notary Public

My Commission Expires: _____

JASON S. LINKS
MY COMMISSION # FF919552
EXPIRES: November 07, 2019

# Exhibit "A"

CLERK OF THE CIRCUIT COURT
PINELLAS COUNTY, FLORIDA

BC193559 04-18-2002 10:34:25 YMW
51 DED-DOHERTY GEORGE E
000006 3010 - 00000588
IH:02145859 BK:11953 SPG:0618 EPG:0621
RECORDING 004 PAGES 1 $19.50
DOC STAMP - DR219 3 $672.00

TOTAL: $691.50
CHECK AMT. TENDERED: $687.00
CHARGE AMOUNT: $4.50
BY _____ DEPUTY CLERK

Prepared by and Return to:
CHRISTINE SYLVESTER, Bankers Title
509 South Greenwood Avenue, #A
Clearwater, FL 33756
Parcel Number: 24/31/15/91953/000/4060

02-158714 APR-26-2002 3:12PM
PINELLAS CO BK 11959 PG 1177

02-145859 APR-18-2002 10:34AM
PINELLAS CO BK 11953 PG 618

## WARRANTY DEED

THIS INDENTURE made this 12th day of April, 2002 BETWEEN GEORGE E. DOHERTY AND GLADYS DOHERTY, husband and wife, of the County of Pinellas, State of Florida, Grantor, and DAVID ROSS BRENNAN AND BEVERLY BRENNAN, husband and wife, of the County of Pinellas, State of Florida, Grantee, whose address is: 450 Treasure Island Causeway, #406, Treasure Island, FL 33706.

WITNESSETH, That said Grantor, for and in consideration of the sum of Ten and No/100 Dollars and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in Pinellas County, Florida, to wit:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART THEREOF BY REFERENCE

SUBJECT TO taxes for the year 2002 and subsequent years.
SUBJECT TO easements, restrictions and reservations of record.
And said grantor does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.

THIS DOCUMENT IS BEING RERECORDED TO ADD EXHIBIT "A"
IN WITNESS WHEREOF, Grantor has hereunto set Grantors hand and seal the day and year first above written.

Signed, sealed & delivered
in the presence of:

Witness #1 - Signature
Name: Christine Sylvester
(Please Print)

Witness #2 - Signature
Name: Jerrie E. Centilli
(Please Print)

GEORGE E. DOHERTY
Address: 20 Meredith Close
Cambridge ON7 CANADA
N1T 1H1

GLADYS DOHERTY
Address: _____

STATE OF FLORIDA / COUNTY OF PINELLAS

I HEREBY CERTIFY that on this day before me, an officer duly qualified to take acknowledgements, appeared GEORGE E. DOHERTY AND GLADYS DOHERTY, who are personally known by me; or who have produced identification attesting to Affiant's identity, to wit: PASSPORTS ; who executed the foregoing instrument and acknowledged before me the execution of the same.

WITNESS my hand and official seal in the County and State last aforesaid this 12th day of April, 2002.

Notary Public - Signature
Name: _____
(Please Print)

My commission expires

Jerrie E. Centilli
MY COMMISSION # CC825248 EXPIRES
April 25, 2003
BONDED THRU TROY FAIN INSURANCE, INC.

KAREEN F. DE BLAKER, CLERK OF COURT
PINELLAS COUNTY, FLORIDA

```
8C194443  04-26-2002  15:12:26      MBW
51   DED-BRENNAN, DAVID R
000006        3010 - 00000588
IN:02158714  BK:11969 SPG:1177 EPG:1181
RECORDING 005 PAGES      1        $24.00

                      TOTAL:        $24.00
            CHECK AMT.TENDERED:     $22.50
            CHARGE AMOUNT:           $1.50
            BY _____ DEPUTY CLERK
```

PINELLAS COUNTY FLA.
OFF.REC.BK 11969 PG 1178

That certain condominium parcel consisting of Unit No. 406,
together with an undivided share in the common elements
appurtenant thereto, in accordance with and subject to the
terms, conditions, covenants, easements, restrictions, and
other provisions of that certain Declaration of
Condominiumof TREASURE ISLAND TENNIS & YACHT CLUB #1, A
CONDOMINIUM, recorded in O.R. 4060, Pages 406 through 501,
inclusive, and any amendments thereto and according to the
plat thereof as recorded in Condominium Plat Book 15, Pages
1 through 8, inclusive, and any amendments thereto, Public
Records of Pinellas County, Florida.

PINELLAS COUNTY FLA.
OFF.REC.BK 11969 PG 1179

## AFFIDAVIT FOR TRANSFER OR CONVEYANCE OF OWNERSHIP OR AN INTEREST THERIN

**STATE OF FLORIDA**
**COUNTY OF PINELLAS**

Personally appeared before me, the undersigned authority, who, after being duly sworn, depose and say: TREASURE ISLAND TENNIS & YACHT CLUB CONDO #1 CONDOMINIUM ASSOCIATION, INC., a Florida Corporation not for profit (hereinafter referred to as the Association) and on January 23, 2002, the application of David R. & Beverly A. Brennan for approval of their acquisition of an interest in unit #406 located at 450 Treasure Island Cswy., #406, Treasure Island, FL 33706 was duly considered and that upon a vote of the members of the Board of Directors of the Association, or appropriate designee(s), said transfer was approved.

_____
Signature of Witness

Natalie L. Faurote
Printed, typed or stamped name of Witness

_____
Signature of Witness

Peter J. Barth
Printed, typed or stamped name of Witness

_____
Managing Agent for Association

**STATE OF FLORIDA**
**COUNTY OF PINELLAS**

The foregoing instrument was acknowledged before me this 23rd day of January, 2002 by Vance Poland as managing agent of TREASURE ISLAND TENNIS & YACHT CLUB CONDO #1 CONDOMINIUM ASSOCIATION, INC., a Florida Corporation, on behalf of the association, who is personally known to me or has produced _____ as identification and who did not take an oath.

_____
Signature of Notary
Tracye L. Curran
Printed, typed or stamped name of Notary

TRACYE L. CURRAN
MY COMMISSION # DD 003742
EXPIRES: June 5, 2005
Bonded Thru Notary Public Underwriters

## Treasure Island Tennis & Yacht Club Condo # 1

| **Application for Resale** | UNIT # | 406 |
|---|---|---|

Closing Date *12 4 2002*

CK# 120

$50.00

Purchaser Mortgage: Yes_____   No _____

Mortgage Holder's Name_____

TB 01-16-02

### OWNER(S)/SELLER

NAME: *Mr + Mrs GEORGE DOHERTY*

PHONE: *727 367-2297 or 519 622 5539*

**Name and current address where approved Application will be mailed**

Owner/Realtor/Agent: *GEORGE + GLADYS DOHERTY*

Address: *UNIT 406 TREASURE ISLAND TENNIS + YACHT CLUB #1*

*450 TREASURE ISLAND CAUSEWAY* PHONE: *727 367 2297*

### PURCHASER(S)

NAME: (last) *Brennan* , (first) *B ~~David~~ Ross* (mi) *A*

Spouse: : (last) *Brennan* , (first) *Beverly* (mi) *A*

Other Permanent Occupants_____

Note: Maximum occupancy 1 bedroom = 3 persons , 2 bedrooms = 5 persons , 3 bedrooms =7 persons)

Current Address: *14 Tamblyn Cres, K2L 3A4*

*Ottawa Kanata, Ontario* Phone: *613 592-0322*

#### EMPLOYER INFORMATION:

Purchaser                                Spouse or Other

Company: *Brenech Technical Services* Company: *Sycom Power Distribution*

Phone: *613 728-4854*  Phone: *613 728-1711*

#### EMERGENCY CONTACT

Name *Sammie Brennan*  Relationship *Son*

Phone *613 823-2502*

#### TYPE OF AUTO(s)

|  |  |  | To be requested |  |  |
|---|---|---|---|---|---|
| (Color) | (Make) | (Tag#) | (Color) | (Make) | (Tag#) |

**A Parking spot for a second car must be requested by the owner, each unit comes with one parking spot.**

**Seller is responsible for providing Purchaser(s) with four (4) black tipped entrance keys at the time of closing.**

Purchaser and existing owner represent that the copy of the Agreement of Purchase and Sake which is attached to this application is true and correct agreement and any modification thereof shall be submitted to the Association prior to the closing. The Association reserves the right to declare any prior given approval to be null and void in the event of any amendment or modification to said Agreement of Purchase and Sale.

Purchasers acknowledge receipt of a copy of the Condominium Documents. Purchaser approves said document and agrees to abide by and comply with all the provisions. rules and regulations contained in said document.

PURCHASER(S) SIGNATURE *Beverly Brennan* Date */Jan 10/02*

OWNER(s) SIGNATURE: *Geo Brennan* Date: */Jan 10/02*

## MANAGEMENT COMPANY

Date Received __1-16-02__

Date Completed Application Received __1-16-02__

[X] Agreement of Purchase and Sale:

[ ] Copy of Termite Inspection Report:

[X] Application Fee: CK # 120 $50.00 (B)

[ ] Arrears checked:
   **If in arrears please return application to Owner/Agent with letter advising of refusal**

PINELLAS COUNTY FLA.
OFF.REC.BK 11953 PG 621

PINELLAS COUNTY FLA.
OFF.REC.BK 11969 PG 1181

## BOARD OF GOVERNORS

Date Received __1-17-02__

Approved by Board ____✓____ (Yes)        _____ (No)     Date __1/21/02__

Signature of Board Members: (2 required)   _Donna W. Voelker,_
                                            _Grace Di Mau_

Conditions to Approval_____:_____

**APPROVED**

## MANAGEMENT COMPANY

Date Received from Board _____

Welcome Letter sent with request for phone number upon installation, review of major rules, Parking assignments & Parking Stickers, etc.

Parking Spaces Assigned:     Car#1 _____

                             Car#2 _____

Name on entry board: _____ (Date)

Name and Information added to Owner roster:_____ (Date)

Completed application returned to Board : _____ (Date)

02145859   DEED   04 18 02

REC/LEG

12/22/95

# Exhibit "B"

KARLEEN F. DE BLAKER, CLERK OF COURT
PINELLAS COUNTY, FLORIDA

03-154943 LPR PT-D
PINELLAS CO  BK  12681 PG  1318

This Instrument Prepared By/Return To:
Seminole Title Company
8640 Seminole Boulevard
Seminole, FL 33772
03-311
Parcel Identification Number: 24/31/15/91954/000/3050

2C203495  04-17-2003  17:42:08  TNB
51  DED-SCARFONE/BRENNAN
052133
I#:03154942  BK:12681 SPG:1318 EPG:1319
RECORDING 002 PAGES    1        $10.50
DOC STAMP - DR219     3       $790.30

TOTAL:              $800.80
CHECK AMT.TENDERED:  $800.80
CHANGE:                $.00
BY _____ DEPUTY CLERK

# WARRANTY DEED

**THIS INDENTURE**, made this 11th day of April, 2003, between **PHILIP C. SCARFONE, a single person** Grantor, **AND DAVID R. BRENNAN and BEVERLY BRENNAN, husband and wife**, whose address is ~~450 Treasure Island Causeway, #406 Treasure Island Florida 33708~~, Grantee.  14 TAMBLYN CRES, OTTAWA, ONTARIO, CANADA K2L 3A4

**WITNESSETH**, that Grantor, for and in consideration of the sum of TEN DOLLARS and other good and valuable consideration to Grantor in hand paid by Grantee, the receipt whereof is hereby acknowledged, has **GRANTED, BARGAINED AND SOLD** to Grantee and Grantee's heirs and assigns forever, the following described land, situate, lying and being in Pinellas County, Florida,

PAGES 2
ACCT
REC 10.50
DR219 790.30
DS
INT
FEES
MTF
P/C
REV
TOTAL 800.80
CK BAL
IG AMT

> **Condominium Parcel:** Unit No. 305B, TREASURE ISLAND TENNIS & YACHT CLUB #2, A CONDOMINUM, according to the plat thereof recorded in Condominium Plat Book 17, page(s) 4 through 11, inclusive, and being further described in that certain Declaration of Condominium recorded in Official Records Book 4135, page 1502, et seq., of the Public Records of Pinellas County, Florida, together with an undivided interest or share in the common elements appurtenant thereto and any amendments thereto.

Subject to: Easements, limitations restrictions, and zoning regulations of record.
Subject to: ad valorem taxes for the year 2003, and all subsequent years.
Grantor does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsover.

**IN WITNESS WHEREOF**, the Grantor has hereunto set Grantor's hand and seal the day and year first above written.

Signed, Sealed and Delivered in the Presence of:

_____
Witness #1 Signature
SUE STANINA
Witness #1 Printed Name

_____
Witness #2 Signature
J MALINOWSKI
Witness #2 Printed Name

_____
**PHILIP C. SCARFONE**
500 Treasure Island Causeway, #~~500~~ 305B
Treasure Island, Florida 33708

**STATE OF FLORIDA**
**COUNTY OF PINELLAS**

I HEREBY CERTIFY that on this day before me, an officer duly qualified to take acknowledgments, personally appeared PHILIP C. SCARFONE, a single person, who produced
_____ as identification, to me known to be the person(s) described in and who executed the foregoing instrument and acknowledged before me that same was duly executed.
WITNESS MY HAND AND OFFICIAL SEAL in the State and County aforesaid this 11 day of APRIL, 2003.

_____
Notary Signature

**SEAL**

Printed Notary Signature

Susan Stanina
Commission # CC 987273
Expires Dec. 10, 2004
Bonded Thru
Atlantic Bonding Co., Inc.

PINELLAS COUNTY FLA.
OFF.REC.BK  12681 PG 1319

**TREASURE ISLAND TENNIS & YACHT CLUB CONDO ASSOC., #2, INC.**
**500 TREASURE ISLAND CAUSEWAY, TREASURE ISLAND, FL. 33706**
C/O LAMONT MANAGEMENT COMPANY
250 104TH AVE.
TREASURE ISLAND, FL. 33706

$100.00
4/4/08

**APPLICATION FOR BOARD APPROVAL OF SALE/LEASE OF CONDOMINIUM**
**(Processing fee of $100.00 due with Application)**

Unit #: _305_  Present Owner: _PHILIP C. SCARFONE_ Phone: _365-7445_

Date of sale/lease: _2/14/03_  Lease Term: _____

If sale, closing date: _April April_ Title Co.: _Seminole Title Co._

Title Co. Phone: _727-392-5906_  Realty Firm: _N/A_

Realty Phone: _____  Agent Name: _____

PURCHASER/LESSEE INFORMATION:  Name(s) _Ross + Bev_
_Brenan_
Other Residents? _____  Pets? _____

Present Address: _14 Tamblyn Cres  Ottawa Ontario Canada_
_K2L-3A4_
Present Phone: _613-5970320_ Is unit to be your permanent

residence? _No_ .

PERSONAL REFERENCES: _/ and #1_
NAME _Treasure Island Tennis + Yacht_  PHONE _____
ADDRESS _____

NAME _President of TITY and #1_  PHONE _____
ADDRESS _____

**PLEASE NOTE THE FOLLOWING:**
No approval will be given by the Board unless assessments are
paid in full.
Pets less than 20 pounds are allowed for unit owners only.
Occupancy: 1 Bedroom - 2 people, 2 Bedroom - 4 people, 3 Bed-
room - 6 people.
Purchaser is advised to obtain the following from Seller at
closing:
Declaration of Condominium, Articles of Incorporation and set
of Rules and Regulations (Do not close without these as a new
set can only be furnished upon payment of a $50.00 fee).
Keys: Unit keys, mail box keys, entry keys, and bicycle room
key if applicable.
Coupon Maintenance Fee Book - if a new one has to be printed,
there is an additional charge. (All fees due 1st of month)

If membership is desired in T.I. Tennis & Yacht Club, those
arrangements must be made with the Club, phone 727-367-4511.

SELLER/LESSOR SIGNATURE: _Phil Scare_  DATE: _4-6-03_

We recognize our obligations as set forth in the documents,
rules and regulations and agree to comply.  All movers must
use pads in the elevator for furniture.  No moving in or out
on weekends or holidays, or before 8:00 A.M. or after 11:00
P.M.

PURCHASER/LESSEE SIGNATURE: _Ross Brenan_  DATE: _April 11/03_

APPROVED BY BOARD _OK_ | DISAPPROVED_____  DATE_____

PRESIDENT _W. Nennie_  SECRETARY/OTHER_____

# Exhibit "C"

**Prepared by:**
**Michael J. Heath, Esq.**
**167 108th Avenue**
**Treasure Island, FL 33706**

**Return to:**
**David Ross Brennan**
**Beverly Brennan**
**10124 Yacht Club Dr**
**Treasure Island, FL  33706**

## WARRANTY DEED

THIS WARRANTY DEED made and executed this 27th day of March, 2013 between MARION BREHL, an unmarried woman, as the "grantor," and David Ross Brennan and Beverly Brennan, husband and wife, and Amy Vine and Tyrone Vine, husband and wife, joint tenants with full rights of survivorship, as the "grantee," whose mailing address is 10124 Yacht Club Dr, Treasure Island, FL  33706.

(Whenever used herein the term "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

### W I T N E S S E T H:

That grantor, for and in consideration of the sum of $10.00 and other valuable considerations, receipt which is acknowledged, by these presents, does grant, bargain, sell, alien, remise, release, convey, and confirm to grantee, her heirs, and assigns forever the following described land, situate, lying and being in **PINELLAS** County, Florida, to wit:

That certain condominium parcel consisting of Unit 51, together with an undivided share in the common elements appurtenant thereto, in accordance with and subject to the terms, conditions, covenants, easements, restricting, and other provisions of that certain Declaration of Condominium of TREASURE ISLAND VILLAS, A CONDOMINIUM, recorded in O.R. Book 4670, Pages 1333 through 1387 inclusive, and according to the plat thereof, as recorded in Condominium Plat Book 27, Pages 83 through 85, Public Records of Pinellas County, Florida.

TOGETHER with all the tenements, hereditaments, and appurtenances thereto belonging or in anywise appertaining.

TO HAVE AND TO HOLD the same in fee simple forever.

AND grantor covenants with grantee that grantor is lawfully seized of the land in fee simple; that grantor has good right and lawful authority to sell and convey the land; that grantor will fully warrant the title to the land and will defend the same against the lawful claims of all persons whomsoever; and that the land is free of all encumbrances except taxes accruing subsequent to December 31, 2012.

Hans Wuelfrath and Herta Wuelfrath were continuously married to each other without interruption from the date they took title to the above mentioned property as Tenants by the Entirety through the date of death of Hans Wuelfrath.

Marion Brehl's son, Jason Brehl was a single person at the time he signed the deed recorded in Book, 17329, Page 2325.

**This is the Grantor's Florida Constitutional Homestead property.**
**Tax Identification No. 24-31-15-91958-002-0510.**

IN WITNESS WHEREOF, grantors have set their hand and seal the day and year first above written.

*Signed, sealed, and delivered in the presence of these witnesses:*

_____
Witness #1 Signature

_____
Witness #1 Name Printed

_____
Witness #2 Signature

_____
Witness #2 Name Printed

_____
Marion Brehl, Grantor
10210 4th Street East, Treasure Island, FL  33706

STATE OF FLORIDA

COUNTY OF PINELLAS

Sworn to, Subscribed and Acknowledged before me on this 27th day of March, 2013, by MARION BREHL who has/have produced _FL DR License_ as identification.

*[AFFIX SEAL BELOW]*

_____
NOTARY PUBLIC

_____
Printed Name of Notary
My Commission Expires:_____

CATHY ANNE DALRYMPLE
MY COMMISSION # EE 089696
EXPIRES: September 2, 2015
Bonded Thru Notary Public Underwriters