UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SEALED UNIT PARTS CO., INC.,

    Judgment Creditor,

vs.

                                    Case No.:8:17-mc-00109-CEH-AEP

SYCOM SURGE, INC. N/K/A BREN
TUCK, INC.; MARK TUCKER; DAVID
ROSS BRENNAN; and TURNER
SOLUTIONS, INC.,

    Judgment Debtors.



_____/

### ANSWER OF GARNISHEE, AMBER SHERWOOD

    Garnishee, AMBER SHERWOOD hereby answers the Writ of Garnishment in the above case received by service of process via email on November 29, 2017 and states the following:

(1) Garnishee is the current tenant residing at 450 Treasure Island Causeway, Unit 406, Treasure Island, Florida 33706.

(2) Garnishee entered into a Lease agreement with Debtor DAVID ROSS BRENNAN together with his wife, BEVERLY BRENNAN for monthly rent payment at the rate of $1,025.00 payable at the 1st of each month.

(3) Garnishee has at the time of making this Answer, funds in the amount of **$1,025.00** owed to DAVID ROSS BRENNAN and BEVERLY BRENNAN for rent due as of December 1, 2017.

(4) Garnishee had at the time of service of the Writ, plus sufficient time not to exceed one (1) business day, no additional funds owed to DAVID ROSS BRENNAN.

(5) Garnishee had at the time of service of the Writ, plus sufficient time not to exceed one (1) business day, at the time of making this Answer and at all times between such periods, no

indebtedness to MR. MARK TUCKER and/or SYCOM SURGE INC., N/K/A BREN TUCK, INC. and/or TURNER SOLUTIONS, INC.

(5) Garnishee has no other tangible or intangible personal property of said Defendant in its possession or control at the time of this Answer, and had no such property in its possession or control at the time of service of the Writ, nor at any time between such periods.

(6) Pursuant to Florida Statute 77.06(2), Garnishee does not know of any other person, firm, or corporation which has an ownership interest in the involved property or may have any of the goods and possessions of said Defendant, at the time of service of the Writ, plus sufficient time not to exceed one (1) business day, at the time of making this Answer and at all times between such periods, in its or their possession or control.

(7) Garnishee has no obligation to make, and has not made, a factual determination whether the property of the Defendant(s) in its possession or control is subject to any exemption provided to the Defendant(s) by State or Federal Law.

(8) Garnishee has retained $1,025.00 pursuant to the writ.

### CERTIFICATE OF SERVICE

I HEREBY Certify that a copy of this Answer has been sent to Michael H. Moody, Esq., attorney for the Judgment Creditor, Sealed Unit Parts Co., Inc., via e-mail at moodym@gtlaw.com and by U.S. mail to c/o Greenberg Traurig, P.A., 101 E. College Avenue, Tallahassee, Florida 32301, this 1st day of December, 2017.

AMBER M. SHERWOOD
Garnishee
450 Treasure Island Cswy
Unit 406
Treasure Island, FL 33706
(954) 562-0284
ambersherwood@hotmail.com

cc: Deputy Clerk, United States District Court for the Middle District of Florida; David Ross Brennan