UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SEALED UNIT PARTS CO., INC.,

    Judgment Creditor,

vs.

Case No.: 8:17-mc-00109-CEH-AEP

SYCOM SURGE, INC. N/K/A BREN TUCK, INC.; MARK TUCKER; DAVID ROSS BRENNAN; and TURNER SOLUTIONS, INC.,

    Judgment Debtors.

_____/

**JUDGMENT CREDITOR'S NOTICE OF SERVICE OF FIRST REQUESTS FOR PRODUCTION ON DAVID ROSS BRENNAN**

Judgment Creditor, SEALED UNIT PARTS CO., INC., hereby gives notice of the service of its First Requests for Production of Documents in Aid of Execution on Judgment Debtor, DAVID ROSS BRENNAN, on December 7, 2017. A true and correct copy of Judgment Creditors' First Requests for Production is attached hereto as **Exhibit A**.

Dated this 7th day of December, 2017

/s/ *Michael Moody*

1

*TAL 452260754v1*

        MICHAEL MOODY
Florida Bar No. 66471
moodym@gtlaw.com
**GREENBERG TRAURIG, P.A.**
101 East College Avenue
Tallahassee, Florida 32301
Telephone:  850.222.6891
Facsimile:  850.681.0207
Attorneys for Judgment Creditor SEALED UNIT PARTS CO., INC.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically with the Clerk of the above-captioned Court using CM/ECF on this 7th day of December, 2017.  As such, the foregoing was served electronically upon all counsel below listed on December 7, 2017.

Michael A. Nardella, Esq.
Nardella & Nardella, PLLC
250 East Colonial Drive, Suite 102
Orlando, Florida 32801
(407) 966-2680
mnardella@nardellalaw.com
*Counsel for David Ross Brennan*