UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SEALED UNIT PARTS CO., INC.,

    Judgment Creditor,

vs.

SYCOM SURGE, INC. N/K/A BREN TUCK, INC.; MARK TUCKER; DAVID ROSS BRENNAN; and TURNER SOLUTIONS, INC.,

    Judgment Debtors.
_____/

Case No.: 8:17-mc-00109-CEH-AEP

### JUDGMENT CREDITOR'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS IN AID OF EXECUTION TO DAVID ROSS BRENNAN

Judgment Creditor, SEALED UNIT PARTS CO., INC., pursuant to Rule 34 of the Federal Rules of Civil Procedure, serves its First Request for Production of Documents in Aid of Execution to Judgment Debtor, DAVID ROSS BRENNAN, and requests the Judgment Debtor produce the documents described below for inspection and copying within thirty (30) days of service to Judgment Creditors' counsel, Michael H. Moody, Esq., Greenberg Traurig, P.A., 101 E. College Ave., Tallahassee, Florida 32301 (moodym@gtlaw.com).

### INSTRUCTIONS AND DEFINITIONS

1. All documents requested herein are to be produced if they are in the possession of, control of, or are available or accessible to Judgment Debtor or Judgment Debtor's counsel, accountant, or any other agent.

2. When these document requests call for information or a document which was once, but is no longer, in the possession or control of Judgment Debtor or Judgment Debtor's counsel, accountant, or other agent, Judgment Debtor is hereby required to identify its present location and custodian, if known, otherwise its last known location and custodian.

3. If an objection is interposed on the basis that a document request is overly broad, set forth

1

all information which is relevant and identify the reason the remaining information requested is overly broad.  If an objection is interposed on the basis that a document request constitutes an undue burden or expense, set forth all information which may be obtained without undertaking an undue burden or expense and identify the reason the remaining information requested cannot be obtained without undertaking an undue burden or expense.

4. If any information called for by these document requests are withheld on the basis of a claim of privilege, the nature of the information on which privilege is claimed shall be set forth together with the type of privilege claimed and a statement of all circumstances upon which Judgment Debtor will rely to support such a claim of privilege, as required by the Federal Rules of Civil Procedure.

5. Where the context herein makes it appropriate, each singular word shall include its plural and each plural word shall include its singular.  "And" as well as "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of these document requests all responses which might otherwise be construed to be outside their scope.  Each of the following words includes the meaning of every other word: "each," "every," "all," and "any."  The present tense shall be construed to include the past tense and the past tense shall be construed to include the present tense.  The masculine shall be construed in the generic sense.

6. For purposes of these document requests, the following terms shall have the meanings set forth below:

    A. The terms "document" shall  mean any and all information in tangible form, of any nature whatsoever, including the originals and all non-identical copies thereof, in your possession, custody or control, regardless of where located, and shall include, without limiting the generality of the foregoing, all letters, telegrams, telexes, teletypes, correspondence, electronic mail, contracts, drafts, agreements, insurance policies, notes to files, reports, memoranda, mechanical and electronic records, photographs, videotape, microfilm, microfiche, tapes or transcripts, information stored in computers or other data storage or processing devices translated or translatable into usable form, blueprints, flow sheets, calendar or diary entries, memoranda of conversations, telephonic or otherwise, and of meetings or conferences, studies, reports, interoffice and interoffice communications, listings, price lists, quotations, offers, inquiries, bulletins, circulars, statements, manuals, summaries, newsletters, compilations, minutes of stockholders', directors' and committee meetings, minutes and memoranda of all other meetings, agendas, charts, graphs, propositions, offers, articles, announcements, newspaper clippings, books, records, cables, books of account, ledgers, vouchers, canceled checks, invoices, acknowledgments, orders, bills, opinions, certificates, promissory notes and other evidence of indebtedness, prospectuses, registration statements and analysis or other statistical data and all copies of documents as hereinbefore defined by whatever means made.

2

If a document has been prepared in several copies, or additional copies have been made, and the copies are not identical (or which by reason of subsequent modification or revision by the addition of notations, or other modifications, are no longer identical including, but not limited to, underlining, showing of blind copies, crossing out, initialing, comments, signatures, documents clipped or stapled thereto, etc.) each non-identical copy is a separate "document" for the purposes of these document requests.

B. "Relating to" or "regarding" means referring to, concerning, or including any information with respect to.

C. The term "person" includes individuals, children, firms, associations, joint adventures, partnerships, estates, trusts, business trusts, syndicates, fiduciaries, corporations and all other groups or combinations, including but not limited to ventures, governmental or public or quasi-public entities, citizens' groups or any other organization or business entity.

D. The terms "employee", "agent", "consultant" or "representative" as used herein separately or collectively, shall mean any person serving, acting or being in one of those capacities as a relevant time even though such person is no longer acting in such capacity.

E. The terms "you" or "your" or "Judgment Debtor shall mean David Ross Brennan, his agents, representatives, employees and attorneys, and shall include any affiliated business entity, subsidiary, joint adventure, partnerships, trust, business trust, syndicates, fiduciaries, corporations, employees, agents or representatives, or other groups or combinations including but not limited to the party to which these document requests are addressed, and, where applicable, that party's employees, agents, officers, directors or other representative including counsel and/or any and all individuals known by that party or counsel to be knowledgeable of this case.

## DOCUMENTS TO BE PRODUCED

1. Any and all canceled checks or drafts on any and all of your accounts, checking or savings accounts or share accounts, individually and jointly held, for the past three (3) years.

2. Any and all canceled checks or drafts for the past three (3) years on any and all of the bank accounts, checking or savings accounts, or share accounts, on which you have signatory authority.

3. All of the your banking records or credit union records, including, but not limited to bank statements, bank account agreements, signature cards, quarterly statements, canceled checks, savings account passbooks, certificates of deposit, and promissory notes for the

3

*TAL 452260754v1*

    past three (3) years. Include in your response all banking records and signature cards for 12929 44th Street, LLC, and any other LLC or business entity that you own or control.

4. All of the your <u>Federal Income Tax Returns</u> for the past three (3) years, together with supporting documents and any and all schedules, forms and W-2s referenced or attached thereto.

5. Originals or copies of any and all books of account, ledgers, journals, records, deeds, real estate contracts, list of bonds owned, notes, mechanic's liens, building and loan savings accounts belonging to you or any other person holding any such accounts in trust on your behalf.

6. Records of all investments made or held by you during the past three (3) years, including but not limited to stock certificates, bond indentures or evidence of ownership of any securities, cryptocurrencies, or other interests in any entity owned by you or on your behalf.

7. All contracts, deeds, deeds of trust, promissory notes, mortgages, letters or other documents of any type which in any way relate to any ownership interest or leasehold interest that you now have or have had in any real estate at any time in the past three (3) years.

8. All certificates of title and other indications of ownership of any personal property, including but not limited to all titles to any cars, trucks, boats, tractors, airplanes, golf carts or motorcycles owned by you within the past three (3) years.

9. All papers, records and other documents pertaining to debts owed to you by others.

10. All papers, records and other documents pertaining to debts owed by you to others.

11. Copies of all financial statements furnished by you, issued by you or for you during the past three (3) years.

12. Copies of any assumed name registrations on file on our behalf over the past three (3) years

13. Copies of all of your credit card statements and receipts for the last three (3) years.

14. All other documents and information as may be necessary to disclose fully all property and assets in which you have an interest.

15. Any and all records and documents, of any kind whatsoever, in your possession, custody, or control, including but not limited to, all operating agreements, shareholder agreements, schedules of assets owned, schedules of liabilities, articles of organization, articles of incorporation, and tax returns for the past 3 years, concerning any entity in which you own an interest.

16. All appraisals and other evidence of value of all real and personal property in which you own a legal or equitable interest.

17. If you have not filed your 2016 Tax Return, all of your W-2s and 1099s for all moneys you received in 2016.

18. All documents, including but not limited to checks, check stubs, ledgers, statements, and invoices regarding moneys you received from any source from January 1, 2015 to present.

19. A copy of any trust document or last will and testament under which you are a beneficiary, and any pre-nuptial or post-nuptial agreements to which you are or have been a party.

20. A copy of any trust document under which you are trustee or settler of such trust.

21. All documents regarding or pertaining in any way to assets owned by you.

22. All documents regarding or pertaining in any way to assets which you transferred within the past three (3) years. Said documents to include, but are not limited to those pertaining to the consideration for any such transfer.

23. If you claim to be head of household, provide all documents evidencing that you provide more than 50% support for any persons other than yourself.

24. All insurance policies of any kind owned by you or in which you have an interest. This request to include, but not limited to, personal property insurance policies.

25. A complete copy (all pages) of your U.S. Passport and/or Canadian Passport.

26. All documents and communications demonstrating, evidencing, or relating to any claim or cause of action that you may have against any other person.

27. All lease agreements, banking records, accounting records, and communications that you have had relating to each tenant at any rental property you own or control.

28. All corporate documents and books and records pertaining to 12929 44th Street North, LLC, including all drafts of corporate documents, including all metadata.

Dated this 7th day of December, 2017

/s/ *Michael Moody*
MICHAEL MOODY
Florida Bar No. 66471
moodym@gtlaw.com
**GREENBERG TRAURIG, P.A.**
101 East College Avenue
Tallahassee, Florida 32301
Telephone:  850.222.6891
Facsimile:  850.681.0207
Attorneys for Judgment Creditor SEALED
UNIT PARTS CO., INC.