UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:17-mc-00109-CEH-AEP

SEALED UNIT PARTS CO., INC.,

    Judgment Creditor,

vs.

SYCOM SURGE, INC. N/K/A BREN TUCK, INC.;
MARK TUCKER; DAVID ROSS BRENNAN; and
TURNER SOLUTIONS, INC.,

    Judgment Debtor(s),

and

BANK OF AMERICA, N.A.,

    Garnishee

_____/

## ANSWER OF GARNISHEE AND DEMAND TO JUDGMENT CREDITOR FOR PAYMENT OF ATTORNEY'S FEES

Garnishee, BANK OF AMERICA, N.A., by its undersigned attorney, Answers the Writ of Garnishment served on it as follows:

1. At the time of the service of the Writ of Garnishment, plus sufficient time not to exceed one business day for Garnishee to act expeditiously on the Writ, and at the time of its

Answer and at all times between service and its Answer, Garnishee was not indebted to the Judgment Debtor(s), except as follows:

| Account Number(s) | Name(s) on Account |
|---|---|
| xxxx-xxxx-9484 | Beverly Brennan<br>David Brennan*<br>10124 Yacht Club Dr.<br>Treasure Island, FL 33706-3127 |

*[Garnishee's records indicate that David Brennan is identified by the same Social Security Number provided for Judgment Debtor(s), David Ross Brennan.]

2. Pursuant to provisions of Sections 77.06 (2) and (3) of Florida Statutes, and subject to Court determination of the proper disposition of proceeds of the above account(s), Garnishee has set aside the following sums:

| Account Number(s) | Amount Set Aside |
|---|---|
| xxxx-xxxx-9484 | $1.39 |

3. Garnishee has no obligation to make, and has not made, a factual determination whether the property of the Judgment Debtor(s) in its possession or control is subject to any exemption provided to the Judgment Debtor(s) by State or Federal Law.

4. Garnishee knows of no other person indebted to Judgment Debtor(s), or any other person who may have any effects, goods, money or chattels of the said Judgment Debtor(s), nor did Garnishee have in its possession or control any other tangible or intangible personal property of the Judgment Debtor(s).

5. In accordance with Section 77.28 as amended on July 1, 2014, and having filed the Answer of Garnishee in this case, **Garnishee hereby demands from Judgment Creditor**

the payment forthwith of the $100.00 statutory garnishment fee for the part payment of its attorney's fees, to be made payable to The Noa Law Firm, P.A., Garnishee's attorney(s), and to be mailed to:

>THE NOA LAW FIRM, P.A.
>P. O. Box 941958
>Miami, Florida 33194

WHEREFORE, Garnishee prays that this Court enter its judgment determining proper disposition of any funds held pursuant to the Writ of Garnishment and demands payment by Judgment Creditor forthwith of the $100.00 statutory garnishment fee as part payment of Garnishee's attorney's fees, to be made payable to The Noa Law Firm, P.A., Garnishee's attorney(s), and for any other relief this Court deems just and proper.

### DESIGNATION OF EMAIL ADDRESS

Pursuant to Rule 2.516 of the Florida Rules of Judicial Administration, Counsel for Garnishee hereby designates the following primary email address for service of court documents: Primary email address: e-service@noalawfirm.com.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was furnished via electronic mail this __8TH__ day of __DECEMBER__, 2017 to MICHAEL H. MOODY, ESQ., ATTORNEY FOR PLAINTIFF, GREENBERG TRAURIG, P.A., Email: moodym@gtlaw.com.

>THE NOA LAW FIRM, P.A.
>ATTORNEY(S) FOR GARNISHEE
>P. O. Box 941958
>Miami, Florida 33194
>Telephone: (305)559-9620
>Facsimile: (305)559-3611
>
>By: _____
>[ ] ANA DIAZ NOA, ESQ., FBN 729299
>[X] JOSEPH A. NOA, JR., ESQ., FBN 81984
>[ ] MICHAEL A. NOA, ESQ., FBN 93621