UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SEALED UNIT PARTS CO., INC.,

    Judgment Creditor,

v.                                            Case No. 8:17-mc-00109-CEH-AEP

SYCOM SURGE, INC. N/K/A BREN TUCK, INC.; MARK TUCKER; DAVID ROSS BRENNAN; AND TURNER SOLUTIONS, INC.

    Judgment Debtors.
_____/

**NOTICE OF ISSUANCE OF SUBPOENA DUCAS TECUM
TO DWIGHT DARBY & CO., CERTIFIED PUBLIC ACCOUNTANTS**

    Judgment Creditor, Sealed Units Parts Co., Inc., pursuant to Rule 45(a)(4), hereby gives notice that it intends to issue the attached subpoena to Darby & Co., Certified Public Accountants.

                                                        */s/ Michael H. Moody*
                                                        Michael H. Moody
                                                        Florida Bar No. 66471
                                                         GREENBERG TRAURIG, P.A.
                                                         101 East College Avenue
                                                         Post Office Drawer 1838
                                                         Tallahassee, Florida 32302
                                                         Phone: (850) 222-6891
                                                         Fax: (850) 681-0207
                                                         *Counsel for Judgment Creditor*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this the 8th day of December, 2017 a true and correct copy of the foregoing was filed electronically using the CM/ECF, and served as follows via U.S. Mail:

Michael A. Nardella,
Nardella & Nardella, PLLC

250 E. Colonial Drive, Suite 102
Orlando, Florida 32801
mnardella@nardellalaw.com
(407) 540-6000
Counsel for David Ross Brennan

Mark Tucker
1217 Robinson Drive North
Saint Petersburg, Florida 33710

Sycom Surge Inc.
n/k/a Bren Tuck, Inc.
1217 Robinson Drive North
Saint Petersburg, Florida 33710

Turner Solutions, Inc.
1217 Robinson Drive North
Saint Petersburg, Florida 33710

                                                */s/ Michael H. Moody*

ORL 299663665v1