UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SEALED UNIT PARTS CO., INC.,

    Judgment Creditor,

v.                                                                                    Case No. 8:17-mc-00109-CEH-AEP

SYCOM SURGE, INC. N/K/A BREN TUCK, INC.; MARK TUCKER; DAVID ROSS BRENNAN; AND TURNER SOLUTIONS, INC.

    Judgment Debtors.
_____/

**SUBPOENA *DUCES TECUM* DOCUMENT PRODUCTION ONLY TO
DWIGHT DARBY & CO, CERTIFIED PUBLIC ACCOUNTANTS**

THE STATE OF FLORIDA:

**To:**    **Applicable Officer or Director
Dwight Darby & Co.
611 S. Magnolia Ave.
Tampa, Florida 33602-2744**

    **YOU ARE HEREBY COMMANDED** to produce documentation requested in the attached Exhibit "A" at the office of **GREENBERG TRAURIG, P.A., 101 E. College Ave., Tallahassee, FL 32301** on **January 8, 2018 at 9:00 a.m.**

    These items will be inspected and may be copied at that time. You will not be required to surrender the original items.

    If you fail to comply with this subpoena, you may be in contempt of court.

    You are subpoenaed by the attorney whose name appears on this subpoena and unless excused from this subpoena by the attorney or the Court, you shall respond to this subpoena as directed.

    **\*\*IMPORTANT: IF YOU WITHHOLD ANY INFORMATION THAT IS REQUESTED IN THIS SUBPOENA BY CLAIMING THAT IT IS PRIVILEGED OR SUBJECT TO PROTECTION AS TRIAL PREPARATION MATERIAL, THEN PURSUANT TO FLA. R. CIV. P. 1.280(b)(5), YOU SHALL MAKE THE CLAIM OF PRIVILEGE EXPRESSLY AND DESCRIBE THE NATURE OF THE DOCUMENT, COMMUNICATIONS, OR THINGS NOT PRODUCED OR DISCLOSED IN A**

**MANNER THAT, WITHOUT REVEALING INFORMATION ITSELF PRIVILEGED OR PROTECTED, WILL ENABLE THE UNDERSIGNED TO ASSESS THE APPLICABILITY OF THE PRIVILEGE OR PROTECTION.**

DATED ON this 8th day of December, 2017.

               For the Court:

               *s/ Michael H. Moody*
               MICHAEL H. MOODY

*Attorneys for Sealed Unit Parts Co., Inc.*
GREENBERG TRAURIG, P.A.
101 East College Avenue
Post Office Drawer 1838
Tallahassee, Florida 32302
Phone: (850) 222-6891
Fax: (850) 681-0207

---

**NOTICE TO DISABLED PERSONS**

In accordance with the Americans with Disabilities Act of 1990, all persons who are disabled and who need special accommodations to participate in this proceeding because of that disability should contact the attorney whose name appears on this Notice not later than five (5) business days prior to the proceeding.

---

*TAL 452026394v1*

# EXHIBIT "A"

## INSTRUCTIONS

1. You are hereby notified that your duty to respond includes the duty to supply all documents, materials, and/or electronically stored data in your physical possession, as well as those which can be obtained from additional sources.

2. In the event that any document and/or electronic data called for by a request is withheld on the basis of claim of privilege, please identify that document and/or electronically stored data by stating: (a) any addressor or addressee, (b) any indicated or blind copies, (c) the date, subject matter, number of pages, and attachments or appendices of the document and/or electronically stored data, (d) all persons to whom the document and/or electronically stored data was distributed, shown or explained, (e) its present custodian, and (f) the nature of the privilege asserted.

3. In the event that any document and/or electronically stored data requested herein is not presently in your possession or subject to your control, please identify each person you have reason to believe had or has knowledge of its contents.

4. In the event that any document and/or electronically stored data called for by a request has been destroyed or discarded, please identify that document and/or electronically stored data by stating: (a) any addressor and addressee, (b) any indicated or blind copies, (c) the document's and/or the electronically stored data's date, subject matter, number of pages, and attachments or appendices; (d) all persons to whom the document and/or electronically stored data was distributed, shown or explained, (e) its date and destruction or discard, manner of destruction or discard, and reason for destruction or discard, and (f) the persons authorizing or carrying out such destruction or discard.

5. In producing documents and/or electronically stored data requested herein, you shall produce documents and/or electronically stored data in full, without abridgment, abbreviation, and expurgation of any sort.

6. Unless otherwise specified, the requests contained in this subpoena are limited to documents authored, created, received, revised or sent between January 1, 2010 through the date on which you respond to this subpoena.

## DEFINITIONS

1. The Term "Bank Accounts" shall mean all checking account(s), savings account(s), deposit account(s), money market account(s), wire transfer account(s), loan account(s), retirement account(s), or other account(s) or any other depository arrangement(s) with a financial institution, savings association or credit union, whether registered in the name of SYCOM SURGE, INC. N/K/A BREN TUCK, INC.; MARK TUCKER; DAVID ROSS BRENNAN; or TURNER SOLUTIONS, INC., jointly or individually, with others, as trustee for another or others, another or others as trustee for any of them, or

     any partnership, trust or other entity in which either has or had an interest, or has or had authority to represent another in connection therewith.

2. The term "documents" shall mean all written or graphic matter of every kind and description, whether draft or final, original or reproduction, including but not limited to: correspondence, emails, memoranda, minutes, notes, transcripts, agreements, diaries, desk calendars, microfilm, microfiche, telegrams, books, photographs, recordings, accounts, statements, notices, reports, articles of incorporation, by-laws, rules, regulations, directions, intra-office communications, worksheets, ledgers, files, "documents" as defined in Documents or material similar to any of the foregoing, however denominated. "Documents" includes any and all information stored in computers, including but not limited to computer software, storage banks, hard disks, and tape backups.

3. The term "relate to" or "relating to" (or any similar loan of said phrases) shall mean consist of, refer to directly or indirectly, reflect or be in any way logically or factually connected with the matter discussed.

## REQUESTS FOR PRODUCTION

1. All documents relating to the finances of SYCOM SURGE, INC. N/K/A BREN TUCK, INC.; MARK TUCKER; DAVID ROSS BRENNAN; or TURNER SOLUTIONS, INC from January 1, 2015 to the present.

2. All documents relating to all Bank Accounts, including but not limited to all account ledgers, passbooks, and regularly-issued statements regarding any Bank Accounts, whether within or outside the United States, from January 1, 2015 to the present.

3. All documents relating to the ownership of, control of, or interest (directly or indirectly) by SYCOM SURGE, INC. N/K/A BREN TUCK, INC.; MARK TUCKER; DAVID ROSS BRENNAN; or TURNER SOLUTIONS, INC in any stocks, bonds, securities, certificates of deposit, commercial paper, mutual funds, commodity accounts, options or futures accounts, and/or other investments, funds, Trusts, businesses, companies, entities or assets of any kind whether within or outside the United States, from January 1, 2015 to the present.

4. All financial statements, loan applications, or other documents demonstrating, evidencing, or indicating the financial condition or assets and liabilities of SYCOM SURGE, INC. N/K/A BREN TUCK, INC.; MARK TUCKER; DAVID ROSS BRENNAN; or TURNER SOLUTIONS, INC from 2015 to present.

5. All documents, correspondence, memoranda, notes, emails, facsimiles or other communications indicating the location or value of any real property, personal property, vehicles, boats, artwork, or other thing of value owned by J SYCOM SURGE, INC. N/K/A BREN TUCK, INC.; MARK TUCKER; DAVID ROSS BRENNAN; or TURNER SOLUTIONS, INC or any entity any of the foregoing may control or have an

*TAL 452026394v1*

ownership interest in. For the purpose of this request for production please produce all information indicating the location or value of the thing of value owned either directly or indirectly for the time period of January 1, 2015 through the present date.

6. All Federal, State and any foreign tax returns (including all schedules, statements, and attachments) filed by or on behalf of SYCOM SURGE, INC. N/K/A BREN TUCK, INC.; MARK TUCKER; DAVID ROSS BRENNAN; or TURNER SOLUTIONS, INC for the last four (4) years.

7. All documents identifying the source of income for SYCOM SURGE, INC. N/K/A BREN TUCK, INC.; MARK TUCKER; DAVID ROSS BRENNAN; or TURNER SOLUTIONS, INC, including all w2s, 1099s, K-1s and W-9s received or filed by any of the foregoing from January 1, 2015 through the present.

8. All documents and communications reviewed, relied upon, or created in the process of preparing any tax return for SYCOM SURGE, INC. N/K/A BREN TUCK, INC.; MARK TUCKER; DAVID ROSS BRENNAN; or TURNER SOLUTIONS, INC, or any entity any of the foregoing may own or control, from January 1, 2015 to the present.

9. All documents relating to any and all tax refunds owed to SYCOM SURGE, INC. N/K/A BREN TUCK, INC.; MARK TUCKER; DAVID ROSS BRENNAN; or TURNER SOLUTIONS, INC, whether paid to SYCOM SURGE, INC. N/K/A BREN TUCK, INC.; MARK TUCKER; DAVID ROSS BRENNAN; or TURNER SOLUTIONS, INC or any third party on SYCOM SURGE, INC. N/K/A BREN TUCK, INC.; MARK TUCKER; DAVID ROSS BRENNAN; or TURNER SOLUTIONS, INC's behalf or at SYCOM SURGE, INC. N/K/A BREN TUCK, INC.; MARK TUCKER; DAVID ROSS BRENNAN; or TURNER SOLUTIONS, INC's direction, from January 1, 2015 to the present.

10. All other documents or communications revealing the compensation paid to SYCOM SURGE, INC. N/K/A BREN TUCK, INC.; MARK TUCKER; DAVID ROSS BRENNAN; or TURNER SOLUTIONS, INC whether denominated as wages, salary, bonus, profits, or distributions, from January 1, 2015 through the present date.

11. All documents, correspondence, memoranda, notes, emails, facsimiles or other communications reflecting or relating to the formation, purpose, ownership, and value of each entity listed on the schedules and statements to Jo SYCOM SURGE, INC. N/K/A BREN TUCK, INC.; MARK TUCKER; DAVID ROSS BRENNAN; or TURNER SOLUTIONS, INC U.S. Tax returns for the last three years.

12. All other documents, correspondence, memoranda, notes, emails, facsimiles or other communications setting forth the name of any business, entity or trust SYCOM SURGE, INC. N/K/A BREN TUCK, INC.; MARK TUCKER; DAVID ROSS BRENNAN; or TURNER SOLUTIONS, INC own or control either directly or indirectly. For each such entity please provide all articles of incorporation, articles of organization, by-laws, membership agreements, and shareholder agreements (and similar organizational

documents), along with any other document which may explain the value of the entity, the nature of the business of the entity, SYCOM SURGE, INC. N/K/A BREN TUCK, INC.; MARK TUCKER; DAVID ROSS BRENNAN; or TURNER SOLUTIONS, INC's ownership interest in the entity, dates of acquisition and divestiture, for the time period of January 1, 2015 through the present date.

13. All documents relating to any lease of Real Estate owned directly or indirectly by SYCOM SURGE, INC. N/K/A BREN TUCK, INC.; MARK TUCKER; DAVID ROSS BRENNAN; or TURNER SOLUTIONS, INC, or any rental income received by SYCOM SURGE, INC. N/K/A BREN TUCK, INC.; MARK TUCKER; DAVID ROSS BRENNAN; or TURNER SOLUTIONS, INC directly or indirectly from January 1, 2015 to the present.

14. All documents relating to any motor vehicles in which J SYCOM SURGE, INC. N/K/A BREN TUCK, INC.; MARK TUCKER; DAVID ROSS BRENNAN; or TURNER SOLUTIONS, INC holds or held an interest at any point in time from January 1, 2015 to the present, including, but not limited to, titles, registrations and insurance policies.

15. All documents relating to any boats, watercraft, aircraft, machinery or equipment owned by SYCOM SURGE, INC. N/K/A BREN TUCK, INC.; MARK TUCKER; DAVID ROSS BRENNAN; or TURNER SOLUTIONS, INC, at any point in time from January 1, 2015 to the present.

16. All documents relating to any patents, copyrights, trademarks or other intellectual property owned by SYCOM SURGE, INC. N/K/A BREN TUCK, INC.; MARK TUCKER; DAVID ROSS BRENNAN; or TURNER SOLUTIONS, INC, at any point time from January 1, 2015 to the present.

17. All documents relating to ownership of any personal property in which SYCOM SURGE, INC. N/K/A BREN TUCK, INC.; MARK TUCKER; DAVID ROSS BRENNAN; or TURNER SOLUTIONS, INC held an interest at any point in time from January 1, 2015 to the present, including, but not limited to, any beneficial interest in any Trust, stock, bonds, accounts, companies, entities, assets or funds of any kind, whether U.S. or foreign.

18. All documents relating to any contract rights or any expectation of any income or property SYCOM SURGE, INC. N/K/A BREN TUCK, INC.; MARK TUCKER; DAVID ROSS BRENNAN; or TURNER SOLUTIONS, INC will own, hold or receive at any time in the future.

19. All Documents relating to any safe deposit box registered in the name of SYCOM SURGE, INC. N/K/A BREN TUCK, INC.; MARK TUCKER; DAVID ROSS BRENNAN; or TURNER SOLUTIONS, INC or with another or others.

20. All documents making any reference to any source of revenue, income, property, or anything of value received and/or held by SYCOM SURGE, INC. N/K/A BREN TUCK,

INC.; MARK TUCKER; DAVID ROSS BRENNAN; or TURNER SOLUTIONS, INC at any time from January 1, 2015 to the present.

21. All payroll and accounts receivable records for SYCOM SURGE, INC. N/K/A BREN TUCK, INC.; MARK TUCKER; DAVID ROSS BRENNAN; or TURNER SOLUTIONS, INC from January 1, 2015 to the present.

22. All security agreements, pledge agreements and other documents evidencing security interests in any personal property, chooses in action (claims/lawsuits), intangibles, and accounts receivable owned by SYCOM SURGE, INC. N/K/A BREN TUCK, INC.; MARK TUCKER; DAVID ROSS BRENNAN; or TURNER SOLUTIONS, INC, including, but not limited to, any patents, trademarks, and/or copyrights, from January 1, 2015 to the present.

23. All invoices to and payments from SYCOM SURGE, INC. N/K/A BREN TUCK, INC.; MARK TUCKER; DAVID ROSS BRENNAN; or TURNER SOLUTIONS, INC for your services, from January 1, 2015 to the present.

24. All documents relating to any assets of SYCOM SURGE, INC. N/K/A BREN TUCK, INC.; MARK TUCKER; DAVID ROSS BRENNAN; or TURNER SOLUTIONS, INC that is held by You.

25. All other documents that may contain information concerning the property or income of, or indebtedness due to the SYCOM SURGE, INC. N/K/A BREN TUCK, INC.; MARK TUCKER; DAVID ROSS BRENNAN; or TURNER SOLUTIONS, INC, from January 1, 2015 to the present.