UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SEALED UNIT PARTS CO., INC.,

    Judgment Creditor,

v.                                                  Case No.: 8:17-mc-00109-CEH-AEP

SYCOM SURGE, INC. N/K/A BREN
TUCK, INC.; MARK TUCKER; DAVID
ROSS BRENNAN; and TURNER
SOLUTIONS, INC.,

    Judgment Debtors,

and

BRANCH BANKING AND TRUST COMPANY,

    Garnishee.

_____/

## CLAIM OF EXEMPTION AND REQUEST FOR HEARING

I claim exemption from garnishment under the following categories as checked:

____   1.   Head of family wages. (You must check a. or b. below)
           ____   a.   I provide more than one-half of the support for a child or other dependent and have net earnings of $750 or less per week.
           ____   b.   I provide more than one-half of the support for a child or other dependent, have net earnings of more than $750 per week, but have not agreed in writing to have my wages garnished.
____   2.   Social Security benefits.
____   3.   Supplemental Security Income benefits.
____   4.   Public assistance (welfare).
____   5.   Workers' Compensation.
____   6.   Unemployment Compensation.
____   7.   Veterans' benefits.
____   8.   Retirement or profit-sharing benefits or pension money.
____   9.   Life insurance benefits or case surrender value of a life insurance policy or proceeds of annuity contract.

| | | |
|---|---|---|
| _____ | 10. | Disability income benefits. |
| _____ | 11. | Prepaid College Trust Fund or Medial Savings Account. |
| \_\_X\_\_ | 12. | Other exemptions as provided by law. |

Explain: The writ of garnishment pertains to an account for which David Ross Brennan ("Brennan") merely serves as a co-trustee. The account is titled under the Lauren Jones Irrevocable Trust and is not held by Brennan. Brennan has no beneficial interest in the account and the funds do not belong to Brennan.

I request a hearing to decide the validity of my claim. Notice of the hearing should be given to me at:
Address: Nardella & Nardella, PLLC, 250 E. Colonial Drive, Suite 102, Orlando, FL 32801
Telephone: 407-966-2680

I CERTIFY UNDER OATH AND PENALTY OF PERJURY that a copy of this CLAIM OF EXEMPTION AND REQUEST FOR HEARING has been furnished by United States mail on December \_\_, 2017, to: Alissa M. Ellison, Esq., Gray-Robinson, 401 E. Jackson Street, Suite 2700, P.O. Box 3324, Tampa, FL 33601, Attorneys for BB&T, Michael H. Moody, Esq., Greenberg Traurig, P.A., 101 E. College Avenue, Tallahassee, FL 32301.

I FURTHER CERTIFY UNDER OATH AND PENALTY OF PERJURY that the statements made in this request are true to the best of my knowledge and belief.

_____    12/12/17
Defendant's Signature                                   Date

STATE OF FLORIDA
COUNTY OF Pinellas

Sworn and subscribed to before me this 12th day of December \_\_, 2017, by David Brennan , who is ✓ personally known to me or _____ has produced the following identification _____.

Notary Public   Jason Links

Typed/Printed Name of Notary Public

My Commission Expires: _____



JASON S. LINKS
MY COMMISSION # FF919552
EXPIRES: November 07, 2019