UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SEALED UNIT PARTS CO., INC.,

    Judgment Creditor,

v.                                                    Case No.: 8:17-mc-00109-CEH-AEP

SYCOM SURGE, INC. N/K/A BREN
TUCK, INC.; MARK TUCKER; DAVID
ROSS BRENNAN; and TURNER
SOLUTIONS, INC.,

    Judgment Debtors,

and

Current Tenant, 450 Treasure Island Causeway,
Unit #406, Treasure Island, FL, 33706, Current
Tenant, 500 Treasure Island Causeway,
Unit #305, Treasure Island, FL 33706,
Current Tenant, 10375 Paradise Blvd.,
Unit #51, Treasure Island, FL 33706,

    Garnishees.
_____/

## CLAIM OF EXEMPTION AND REQUEST FOR HEARING

I claim exemption from garnishment under the following categories as checked:

_____    1.    Head of family wages. (You must check a. or b. below)
         _____    a.    I provide more than one-half of the support for a child or other dependent and have net earnings of $750 or less per week.
         _____    b.    I provide more than one-half of the support for a child or other dependent, have net earnings of more than $750 per week, but have not agreed in writing to have my wages garnished.
_____    2.    Social Security benefits.
_____    3.    Supplemental Security Income benefits.
_____    4.    Public assistance (welfare).
_____    5.    Workers' Compensation.

|   |   |   |
|---|---|---|
| _____ | 6. | Unemployment Compensation. |
| _____ | 7. | Veterans' benefits. |
| _____ | 8. | Retirement or profit-sharing benefits or pension money. |
| _____ | 9. | Life insurance benefits or case surrender value of a life insurance policy or proceeds of annuity contract. |
| _____ | 10. | Disability income benefits. |
| _____ | 11. | Prepaid College Trust Fund or Medial Savings Account. |
| _X_ | 12. | Other exemptions as provided by law. |

Explain: The writs of garnishment pertain to rents stemming from properties owned by David Ross Brennan and his wife, Beverly Brennan, as tenants by the entirety. Under Florida law, those properties and the funds generated therefrom are entireties property and not subject to garnishment.

I request a hearing to decide the validity of my claim. Notice of the hearing should be given to me at:
Address: Nardella & Nardella, PLLC, 250 E. Colonial Drive, Suite 102, Orlando, FL 32801
Telephone: 407-966-2680

    I CERTIFY UNDER OATH AND PENALTY OF PERJURY that a copy of this CLAIM OF EXEMPTION AND REQUEST FOR HEARING has been furnished by United States mail on December __, 2017, to: Current Tenant, 450 Treasure Island Causeway, Unit #406, Treasure Island, FL 33706, Current Tenant, 500 Treasure Island Causeway, Unit #305, Treasure Island, FL 33706, Current Tenant, 10375 Paradise Blvd., Unit #51, Treasure Island, FL 33706, and Michael H. Moody, Esq., Greenberg Traurig, P.A., 101 E. College Avenue, Tallahassee, FL 32301.

    I FURTHER CERTIFY UNDER OATH AND PENALTY OF PERJURY that the statements made in this request are true to the best of my knowledge and belief.

_____    12/12/17
Defendant's Signature                          Date

STATE OF FLORIDA
COUNTY OF Pinellas

    Sworn and subscribed to before me this 12th day of December __, 2017, by David Brennan, who is _✓_ personally known to me or _____ has produced the following identification _____.

JASON S. LINKS
MY COMMISSION # FF919552
EXPIRES: November 07, 2019

_____
Notary Public
Jason Links
Typed/Printed Name of Notary Public