UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SEALED UNIT PARTS CO., INC.,

      Judgment Creditor,

v.                                 Case No.: 8:17-mc-00109-CEH-AEP

SYCOM SURGE, INC. N/K/A BREN
TUCK, INC.; MARK TUCKER; DAVID
ROSS BRENNAN; and TURNER
SOLUTIONS, INC.,

      Judgment Debtors

_____/

**JUDGMENT DEBTOR, DAVID ROSS BRENNAN'S, MOTION TO
DISSOLVE WRIT OF GARNISHMENT (DOC. 51)
AND INCORPORATED MEMORANDUM OF LAW**

Judgment Debtor, David Ross Brennan ("Brennan"), by and through his undersigned counsel, hereby moves this Court for entry of an order dissolving a writ of garnishment (Doc. 51), and in support thereof, Brennan states as follows:

1.      One (1) writ of garnishment was issued by the clerk of the court on December 6, 2017 (Doc. 51) (the "Writ") in favor of Sealed Unit Parts Co., Inc. (the "Judgment Creditor").

2.      The Writ was served on Bank of America, N.A. ("BOA"), on or around December 8, 2017.

3.      The Writ is directed to BOA and to accounts allegedly held at BOA by Brennan.

4.      In the instant matter, Brennan is one of several judgment debtors against which a judgment has been entered. Beverly Brennan, his wife, is not a judgment debtor and owes no debt to the Judgment Creditor.

5.      Through the Writ, the Judgment Creditor seeks to have BOA redirect all contents of Brennan's account at BOA to the Judgment Creditor.

6.      However, BOA identified a single account held by Brennan. That account is held by Brennan and his wife, Beverly Brennan (collectively, the "Brennans") as tenants by the entirety. Therefore, the funds present in this account are protected from garnishment by the Plaintiff in this matter.

## MEMORANDUM OF LAW

7.      "Before a final judgment in garnishment is entered, the trial court should conclusively determine the interests in the funds and the applicable law thereto." *Stanbro v. McCormick 105, LLC*, 213 So. 3d 925 (Fla. 4th DCA 2017).  In this matter, the funds sought by the Judgment Creditor are not reachable as these funds are not the sole property of Brennan. Instead, the funds held in the BOA account are held by the Brennans as tenants by the entirety.

8.      To that end, "funds owned by a husband and wife as tenants by the entireties are beyond the reach of a creditor . . . ." *See Branch Banking and Trust Company v. ARK Development/Oceanview, LLC*, 150 So. 3d 817, 821 (Fla. 4th DCA 2014). "Such funds are immune from garnishment except where the debt was incurred by both spouses."  *Id* at 821.

9.      Put another way:

> when property is held as a tenancy by the entireties, only the creditors of both the husband and wife, jointly, may attach the tenancy by the entireties property; the property is not divisible on behalf of one spouse alone, and therefore it cannot be reached to satisfy the obligation of only one spouse.

*Beal Bank, SSB v. Almand and Associates*, 780 So. 2d 45 (2001). This is because "property held by husband and wife as tenants by the entireties belongs to neither spouse individually, but each spouse is seized of the whole. *Id* at 53.

10.     Under Florida law, a bank account titled in the name of two persons who are husband and wife "shall be considered a tenancy by the entirety unless otherwise specified in writing." *See* Section 655.79, *Florida Statutes.*

11.     Significantly, this presumption "is not rebuttable, . . . although it could be set aside if fraud were proven." *Bridgeview Bank Grp. v. Callaghan,* 84 So.3d 1154, 1155 (Fla. 4th DCA 2012) (citing *Losey v. Losey,* 221 So.2d 417 (Fla.1969)). *See also Roberts-Dude v. JP Morgan Chase Bank, N.A.*, 498 B.R. 348, 354–55 (S.D. Fla. 2013).

12.     In the instant matter, BOA responded to its notice of the Writ by saying that it had one (1) account held by Brennan at its bank. However, according to BOA's response, Beverly Brennan is also named on the account. A true and correct copy of BOA's response is attached hereto as **Exhibit "1."**

13.     Further, the Brennans clearly indicated a desire to open the account in question as tenants by the entirety. A true and correct copy of the personal signature card for the BOA account in question is attached hereto as **Exhibit "2."**

14.     The account identified by BOA as belonging to Brennan is actually held by the Brennans as tenants by the entirety. Therefore, the account and the funds held in that account are not subject to the Writ as the Judgment Creditor does not possess a judgment against the Brennans. Instead, Judgment Creditor holds a judgment only against Brennan.

WHEREFORE, Brennan respectfully requests that this Court enter an order that states as follows:

(a)  Brennan's Motion to Dissolve Writ of Garnishment is granted;

(b) The Writ is dissolved and BOA is discharged from any liability whatsoever under the Writ; and

(c) Any other further relief that this Court deems just and proper.

/s/ Michael A. Nardella
Michael A. Nardella, Esq.
Florida Bar No. 051265
Nardella & Nardella, PLLC
250 East Colonial Drive, Suite 102
Orlando, FL 32801
Telephone: (407) 966-2680
mnardella@nardellalaw.com
afebres@nardellalaw.com

*Counsel for David Ross Brennan*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(G)

I certify that, pursuant to Local Rule 3.01(g), undersigned counsel for Defendants called opposing counsel representing the Judgment Creditor on December 20, 2017 at 1:55pm. After discussing the matter, Defendant's counsel and Judgment Creditor's counsel were unable to reach an agreement on this matter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed electronically with the Clerk of the above-captioned Court using CM/ECF on this 20th day of December, 2017.  As such, the foregoing was served electronically upon all counsel below listed on December 20, 2017.

Michael H. Moody, Esq.
Greenberg Traurig, P.A.
101 E. College Avenue
Tallahassee, FL 32301
moodym@gtlaw.com
*Counsel for Judgment Creditor*

/s/ Michael A. Nardella
Michael A. Nardella, Esq.

# Exhibit "1"

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


CASE NO.:   8:17-mc-00109-CEH-AEP


SEALED UNIT PARTS CO., INC.,

      Judgment Creditor,


vs.

SYCOM SURGE, INC. N/K/A BREN TUCK, INC.;
MARK TUCKER; DAVID ROSS BRENNAN; and
TURNER SOLUTIONS, INC.,

      Judgment Debtor(s),


and

BANK OF AMERICA, N.A.,

      Garnishee

_____/


## <u>ANSWER OF GARNISHEE AND DEMAND TO JUDGMENT CREDITOR FOR</u>

## <u>PAYMENT OF ATTORNEY'S  FEES</u>

Garnishee, BANK OF AMERICA, N.A., by its undersigned attorney, Answers the Writ

of Garnishment served on it as follows:


1.     At the time of the service of the Writ of Garnishment, plus sufficient time not to

exceed one business day for Garnishee to act expeditiously on the Writ,  and at the time of its

Answer and at all times between service and its Answer, Garnishee was not indebted to the

Judgment Debtor(s), except as follows:

Account Number(s)                         Name(s) on Account
xxxx-xxxx-9484                            Beverly Brennan
                                          David Brennan*
                                          10124 Yacht Club Dr.
                                          Treasure Island, FL 33706-3127

      \*[Garnishee's records indicate that David Brennan is identified by the same

Social Security Number provided for Judgment Debtor(s), David Ross Brennan.]


2.      Pursuant to provisions of Sections 77.06 (2) and (3) of Florida Statutes, and

subject to Court determination of the proper disposition of proceeds of the above account(s),

Garnishee has set aside the following sums:

Account Number(s)                         Amount Set Aside
xxxx-xxxx-9484                            $1.39


3.      Garnishee has no obligation to make, and has not made, a factual determination

whether the property of the Judgment Debtor(s) in its possession or control is subject to any

exemption provided to the Judgment Debtor(s) by State or Federal Law.


4.      Garnishee knows of no other person indebted to Judgment Debtor(s), or any other

person who may have any effects, goods, money or chattels of the said Judgment Debtor(s), nor

did Garnishee have in its possession or control any other tangible or intangible personal property

of the Judgment Debtor(s).


5.      In accordance with Section 77.28 as amended on July 1, 2014, and having filed

the Answer of Garnishee in this case, **Garnishee hereby demands from Judgment Creditor**

the payment forthwith of the $100.00 statutory garnishment fee for the part payment of its

attorney's fees, to be made payable to The Noa Law Firm, P.A., Garnishee's attorney(s), and

to be mailed to:

THE NOA LAW FIRM, P.A.<br>
P. O. Box 941958<br>
Miami, Florida 33194

WHEREFORE, Garnishee prays that this Court enter its judgment determining proper

disposition of any funds held pursuant to the Writ of Garnishment and **demands payment by**

**Judgment Creditor forthwith of the $100.00 statutory garnishment fee** as part payment of

Garnishee's attorney's fees, to be made **payable to The Noa Law Firm, P.A.**, Garnishee's

attorney(s), and for any other relief this Court deems just and proper.

## DESIGNATION OF EMAIL ADDRESS

Pursuant to Rule 2.516 of the Florida Rules of Judicial Administration, Counsel for

Garnishee hereby designates the following primary email address for service of court documents:

Primary email address: e-service@noalawfirm.com.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was furnished via electronic mail

this __8TH__ day of __DECEMBER__, 2017 to MICHAEL H. MOODY, ESQ., ATTORNEY

FOR PLAINTIFF, GREENBERG TRAURIG, P.A., Email: moodym@gtlaw.com.

THE NOA LAW FIRM, P.A.
ATTORNEY(S) FOR GARNISHEE
P. O. Box 941958
Miami, Florida 33194
Telephone: (305)559-9620
Facsimile: (305)559-3611

By: _____
[ ] ANA DIAZ NOA, ESQ., FBN 729299
[ ] JOSEPH A. NOA, JR., ESQ., FBN 81984
[ ] MICHAEL A. NOA, ESQ., FBN 93621

# Exhibit "2"

Date: 1/24/2017 Time: 3:59:11 PM (US Central Time) Scanned From IP:10.78.209.9

## Bank of America ⬧
**BANK OF AMERICA, N.A. (THE "BANK")**

**Personal Signature Card
with Substitute Form W-9**

Account Number: ████ 9484                              Bank Number: 075

Account Type:  ☒ Checking (DDA)   ☐ Savings (SAV)   ☐ Certificate of Deposit (CD)

Account Title:

BEVERLY BRENNAN

DAVID BRENNAN

| | |
|---|---|
| **OWNERSHIP TYPES:** | ☐ **Individual Owner** |
| | ☐ **Fiduciary (For Example: Trust, UTMA, Rep Payee, Custodian, Guardian, Estate)** |
| | ☐ **Joint with Right of Survivorship**<br>☒ **Tenants by Entireties (Form of Joint with Right of Survivorship for spousal co-owners only. Note: Defaults to Joint with Right of Survivorship if state law does not recognize Tenants by Entireties for bank accounts.)** |
| | ☐ **Joint Account – TX and NC only – Page 2 Survivorship Disclosure and Selection Acknowledgement** |

Check if designating beneficiaries: ☐ Payable on Death (POD) / In Trust For (ITF) / Totten Trust and TX and NC only Beneficiary Disclosure Acknowledgement (Refer to Beneficiary Addendum for details).

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents, including the Deposit Agreement and Disclosures and the Personal Schedule of Fees. I/we acknowledge the receipt of these documents  I/we understand and agree that the Bank may change these documents at any time by adding new terms, or deleting or amending existing terms  The Deposit Agreement includes a provision for jury trial waiver or reference to a judicial referee. A joint account with right of survivorship is the property of each co-owner and payable to either co-owner or to the surviving co-owner(s) if a co-owner dies

By checking the box marked "ATM/Debit Card Requested?" I/we hereby request an Automatic Teller Machine Card and/or a Debit Card
By signing below, I/we consent to the issuance of an ATM card and/or Debit Card to the other account holders indicated below
By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transaction in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN)

☐ Nonresident Alien Status (if applicable) If you and all of the joint owners of this account are foreign persons, check here and complete and sign the applicable Form(s) W-8

**Substitute Form W-9**
**Certification – Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me); and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) the IRS has notified me that I am no longer subject to backup withholding; and (3) I am a US citizen or other US person (Defined in the W-9 instructions); and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.**

**Certification Instructions**
**You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).**

> **The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

| Tax ID Number (SSN, EIN or ITIN) | Rpt. Interest On Yes/No | Printed Name or Fiduciary Title | Required:<br>• Sign Next to Name or Fiduciary Title (Line 1)<br>• Sign Next to all other Printed Names | Date | ATM/Debit Card Request? Check if Yes (Dep. Accts. Only) |
|---|---|---|---|---|---|
| 1. ████ | ☒ | BEVERLY BRENNAN | *[signature]* | 1/23/17 | ☒ |
| 2. ████ | ☐ | DAVID BRENNAN | *[signature]* | 1/23/17 | ☒ |
| 3. | ☐ | | | | ☐ |
| 4. | ☐ | | | | ☐ |
| 5. | ☐ | | | | ☐ |

© 2016 Bank of America, N A  All Rights Reserved

NFI.
00-14-9295M 11-2016

Page 1 of 2

Date: 1/24/2017 Time: 3:59:11 PM (US Central Time) Scanned From IP:10.78.209.9

Account Number: ▓▓▓▓9484

| TEXAS & NORTH CAROLINA ONLY: | JOINT OWNERSHIP TYPE SELECTION:<br>TX (V T C A , Estates Code §113 151), NC (N C G S § 53-C-6-6) |
|---|---|

During the lifetime of the co-owners of the account, the Bank may pay the money in the account to, or on the order of, any person named on the account

**Joint Accounts can be with or without survivorship.**

> **With survivorship** means upon the death of one joint owner, the money remaining in the account will belong to the surviving joint owner(s), and will not be inherited by the heirs of the deceased joint owner or controlled by the deceased owner's will

> **Without survivorship** means if one of the owners dies, the deceased owner's ownership interest in the account passes as part of the owner's estate under the owner's will or by intestacy if there is no will

## TX and NC only — select one of the following options:

**Joint Account Survivorship Selection for TX and NC only**

☐ Joint Account - With Survivorship/Tenants by Entireties (with Survivorship for Spouses)       **OR**

☐ Joint Account – Without Survivorship

---

**Review Information**

Customer 1 Name    BEVERLY BRENNAN                                            US Driver License W Photo

Review Information    EXPERIAN          Approved New                          ▓▓▓▓ 430

Customer 2 Name    DAVID BRENNAN                                              US Driver License W Photo

Review Information    EXPERIAN          Approved Existing                     ▓▓▓▓ 470

Customer 3 Name

Review Information

Customer 4 Name

Review Information

Customer 5 Name

Review Information

---

**Bank Information**

| Date | 01 23 2017 |
|---|---|
| Financial Center Name | TREASURE ISLAND |
| Employee's Name | Paula Kostomlatsky |
| Employee's Phone Number | 727-360-8923 |

NI L
00-14-9295M  11-2016

