UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SEALED UNIT PARTS CO., INC.,

    Judgment Creditor,

v.                                                  Case No. 8:17-mc-00109-CEH-AEP

SYCOM SURGE, INC. N/K/A BREN TUCK, INC.; MARK TUCKER; DAVID ROSS BRENNAN; AND TURNER SOLUTIONS, INC.

    Judgment Debtors.
_____/

## AGREED MOTION FOR EXTENSION OF TIME TO RESPOND

Judgment Creditor, SEALED UNIT PARTS CO., INC., moves for an additional forty five (45) days in which to respond to Judgment Debtor, DAVID ROSS BRENNAN's, claims of exemption, and in support, respectfully states as follows:

In this post-judgment collection action, Judgement Creditor has sought to garnish or levy upon assets of the Judgment Debtors. One of the Judgment Debtors, Mr. Brennan, has appeared and asserted certain of his bank accounts, ownership interests, and tenant rents are exempt from levy by the doctrine of tenants by the entireties under Florida law.  *See*, D.E.s 38, 39, 40, 50, 62, 63, 69, 70, and 72.  Judgment Creditor has sought discovery regarding Mr. Brennan's claims of exemption, but has not yet obtained sufficient information to formulate a response and litigate Mr. Brennan's claims of exemption.

For example, in order to examine whether Mr. Brennan can properly claim a tenancy by the entireties exemptions on bank accounts, Judgment Creditor has propounded discovery seeking to obtain all signature cards for each bank account, which show who was an owner of

each account at any particular time. Mr. Brennan has provided an initial production, which only includes one signature card for each account, appearing to show that a change was made to the names on each of the accounts in early 2017. Likewise, Mr. Brennan has claimed certain rents as exempt by tenants by the entireties, but discovery produced thus far has shown at least some of the rents are products of lease agreements with only Mr. Brennan.

Further discovery, including interrogatories directed to Mr. Brennan have been served, and will be answered within the next few weeks. Additional discovery to Mr. Brennan's financial institutions and tenants may be necessary in order to obtain all requested documents.

**WHEREFORE**, Judgment Creditor, respectfully requests an extension of time of an additional forty five (45) days, to respond to Mr. Brennan's claims of exemption D.E.s 38, 39, 40, 50, 62, 63, 69, 70, and 72.

*/s/ Michael H. Moody*
Michael H. Moody
Florida Bar No. 66471
GREENBERG TRAURIG, P.A.
101 East College Avenue
Post Office Drawer 1838
Tallahassee, Florida 32302
Phone: (850) 222-6891
Fax: (850) 681-0207
*Counsel for Judgment Creditor*

### CERTIFICATE OF CONFERENCE

I HEREBY CERTIFY that prior to the filing of this Motion, the undersigned contacted opposing counsel and obtained consent to the relief requested herein.

*/s/ Michael H. Moody*

Case 8:17-mc-00109-CEH-AEP   Document 73   Filed 01/16/18   Page 3 of 3 PageID 286

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 16th day of January, 2018, a true and correct copy of the foregoing was filed electronically using the CM/ECF, and served as follows via CM/ECF or U.S. Mail:

Michael A. Nardella
Nardella & Nardella, PLLC
250 E. Colonial Drive, Suite 102
Orlando, Florida 32801
mnardella@nardellalaw.com
(407) 540-6600
*Counsel for David Ross Brennan*

Mark Tucker
1217 Robinson Drive North
Saint Petersburg, Florida 33710

Sycom Surge Inc.
n/k/a Bren Tuck, Inc.
1217 Robinson Drive North
Saint Petersburg, Florida 33710

Turner Solutions, Inc.
1217 Robinson Drive North
Saint Petersburg, Florida 33710

/s/ Michael H. Moody