UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SEALED UNIT PARTS CO., INC.,

    Judgment Creditor,

v.                                     Case No.: 8:17-mc-00109-CEH-AEP

SYCOM SURGE, INC. N/K/A BREN
TUCK, INC.; MARK TUCKER; DAVID
ROSS BRENNAN; and TURNER
SOLUTIONS, INC.,

    Judgment Debtors
_____/

**JUDGMENT DEBTOR DAVID ROSS BRENNAN'S NOTICE OF SERVICE OF VERIFIED RESPONSES TO FIRST SET OF INTERROGATORIES FROM <u>JUDGMENT CREDITOR</u>**

COMES NOW, Judgment Debtor, David Ross Brennan, by and through his undersigned counsel, and hereby gives notice that the verified responses to Interrogatories numbered 1-23 in have been propounded on the 22nd day of January to Judgment Creditor, Sealed Unit Parts Co., Inc.

                                          Respectfully submitted,

                                          */s/ Michael A. Nardella*
                                          **Michael A. Nardella**
                                          Florida Bar No.: 51265
                                          **NARDELLA & NARDELLA, PLLC**
                                          250 E. Colonial Drive, Suite 102
                                          Orlando, FL 32801
                                          (407) 966-2680 Telephone
                                          (407) 966-2681 Facsimile
                                          Primary Email: mnardella@nardellalaw.com
                                          Secondary Email: afebres@nardellalaw.com

                                          **Counsel for David Ross Brennan**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was filed electronically with the Clerk of the above-captioned Court using CM/ECF on this 22nd day of January, 2018. As such, the foregoing was served electronically upon all counsel below listed on January 22, 2018.

Michael H. Moody, Esq.
Greenberg Traurig, P.A.
101 E. College Avenue
Tallahassee, FL 32301
moodym@gtlaw.com
*Counsel for Judgment Creditor*

>*/s/ Michael A. Nardella*
>Michael A. Nardella, Esq.
>Florida Bar No. 051265
>Nardella & Nardella, PLLC
>250 East Colonial Drive, Suite 102
>Orlando, FL 32801
>Telephone: (407) 966-2680
>mnardella@nardellalaw.com
>afebres@nardellalaw.com
>*Counsel for David Ross Brennan*