UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SEALED UNIT PARTS CO., INC.,

    Judgment Creditor,

v.                                                   Case No. 8:17-mc-00109-CEH-AEP

SYCOM SURGE, INC. N/K/A BREN
TUCK, INC.; MARK TUCKER; DAVID
ROSS BRENNAN; AND TURNER
SOLUTIONS, INC.

    Judgment Debtors.

_____/

### SEALED UNIT PARTS CO., INC.'S, MOTION FOR PROCEEDINGS SUPPLEMENTARY TO EXECUTION

Judgment Creditor, SEALED UNIT PARTS CO., INC., pursuant to Rule 69(a)(1) of the Federal Rules of Civil Procedure and Section 56.29, Florida Statutes, moves for the commencement of proceedings supplementary to execution against SYCOM SURGE, INC., N/K/A BREN TUCK, INC., MARK TUCKER, DAVID ROSS BRENNAN, and TURNER SOLUTIONS, INC., and to implead BEVERLY A. BRENNAN and 12929 44th STREET LLC. In support, SUPCO respectfully states as follows:

### BACKGROUND

1. On June 12, 2017, the United States District Court for the District of New Jersey entered Final Judgment (the "Final Judgment") in *Sealed Unit Parts Co., Inc. v. Sycom Surge, Inc., et al.* (Case No. 15-cv-01268), in favor of SUPCO and against SYCOM SURGE, INC. ("Sycom"), MARK TUCKER ("Mr. Tucker"), DAVID ROSS BRENNAN ("Mr. Brennan"), and TURNER SOLUTIONS, INC. ("TSI").

2. The Final Judgment imposed joint and several liability on Sycom, Mr. Tucker, Mr. Brennan, and TSI in the initial principal amount of Two Million Seven Hundred and Sixty Thousand Dollars ($2,760,000), plus continually accruing post-judgment interest as provided by 28 U.S.C. § 1961, at the rate of 1.15% per annum.

3. On October 4, 2017, SUPCO registered the Final Judgment in this Court in accordance with 28 U.S.C. § 1963.

4. SUPCO has not received satisfaction of the Final Judgment. As of March 6, 2018, there is presently due upon the Final Judgment the sum of $2,525,532.90, which is the unsatisfied amount including accrued interest accruing at the rate of 1.15% per annum. *See* Affidavit of SUPCO attached hereto as **Exhibit A**.

5. On December 18, 2017, SUPCO obtained writs of execution in connection with the Final Judgment that are valid and outstanding.

6. SUPCO is entitled to these proceedings supplementary pursuant to Section 56.29, Florida Statutes.

7. Pursuant to Section 56.29(9), Florida Statutes, SUPCO seeks to have this Court entertain claims pursuant to Florida's Uniform Fraudulent Transfer Act, §§ 726.101 *et seq.*, and enter an order or judgment, including a money judgment against any initial or subsequent transferee, in connection therewith, irrespective of whether the transferee has retained the property.

8. Pursuant to Section 56.29(9), Florida Statutes, SUPCO is filing a Supplemental Complaint under Florida's Uniform Fraudulent Transfer Act. A copy of SUPCO's Supplemental Complaint is attached hereto as **Exhibit B**, which is incorporated herein by reference.

9. As set forth in § 56.29(9), Fla. Stat., the "clerk of the court shall docket a supplemental proceeding under the same case number assigned to the original complaint filed by [SUPCO] … and

shall assign such supplemental proceeding to the same division and judge assigned to the main case …."

10. SUPCO has retained the undersigned law firm to institute this action and is obligated to pay the undersigned a reasonable attorneys' fee for which defendants are liable in accordance with § 56.29, Fla. Stat.

## ARGUMENT

Proceedings supplementary are a "speedy and direct proceedings" that "are equitable in nature and should be liberally construed." *Zureikat v. Shaibani*, 944 So. 2d 1019, 1023 (Fla. 5th DCA 2006) (quoting *Ferguson v. State Exchange Bank*, 264 So. 2d 867, 868 (Fla. 1st DCA 1972)). As Florida courts have consistently observed, proceedings supplementary are "'intended to afford a judgment creditor the most complete relief possible in satisfying his judgment' without the necessity of initiating a separate action." *MCI Telecommunications Corp. v. O'Brien Marketing, Inc*, 913 F.Supp. 1536, 1539 (S.D. Fla. 1995) (quoting *Regent Bank v. Woodcox*, 636 So. 2d 885, 886 (Fla. 4th DCA 1994)).

Section 59.29(1), Florida Statutes sets forth three very basic requirements for initiating proceedings supplementary: (a) an unsatisfied judgment or judgment lien; and (b) an affidavit executed by the judgment creditor averring that the writ is valid and unsatisfied; and (c) a list of persons to be impleaded. § 56.29, FLA. STAT; *General Trading Inc. v. Yale Materials Handling Corp.*, 119 F.3d 1485, n. 22 (11th Cir. 1997).

SUPCO easily satisfies the requirements to commence proceedings supplementary pursuant to Section 56.29(1). There is no dispute that the Final Judgment is unsatisfied. SUPCO has executed an affidavit averring that execution is valid, outstanding, and unsatisfied.

Plaintiffs seek the immediate issuance of Notices to Appear to BEVERLY A. BRENNAN and 12929 44th STREET LLC. As set forth in the Supplemental Complaint, both Mrs. Brennan and 12929 44th Street LLC are believed to be the recipients of avoidable transfers or otherwise holding property of the judgment debtors in this case that may be applied toward satisfaction of the Final Judgment.

**WHEREFORE**, SUPCO respectfully requests the Court:

1. Grant this Motion, commencing proceedings supplementary to execution;

2. Immediately issue Notices to Appear to BEVERLY A. BRENNAN and 12929 44th STREET LLC substantially in the format attached hereto as Composite **Exhibit C**;

3. Taxing costs against the Judgment Debtors and awarding SUPCO the attorneys' fees reasonably incurred in the prosecution of these proceedings supplementary; and

4. Granting any and all such other and further relief as is just and equitable.

*/s/ Michael H. Moody*
Michael H. Moody
Florida Bar No. 66471
GREENBERG TRAURIG, P.A.
101 East College Avenue
Post Office Drawer 1838
Tallahassee, Florida 32302
Phone: (850) 222-6891
Fax: (850) 681-0207
*Counsel for Judgment Creditor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 6th day of March, 2018, a true and correct copy of the foregoing was filed electronically using the CM/ECF, and served as follows via CM/ECF or U.S. Mail:

Michael A. Nardella
Nardella & Nardella, PLLC
250 E. Colonial Drive, Suite 102
Orlando, Florida 32801
mnardella@nardellalaw.com
(407) 540-6600
*Counsel for David Ross Brennan*

Mark Tucker
1217 Robinson Drive North
Saint Petersburg, Florida 33710

Sycom Surge Inc.
n/k/a Bren Tuck, Inc.
1217 Robinson Drive North
Saint Petersburg, Florida 33710

Turner Solutions, Inc.
1217 Robinson Drive North
Saint Petersburg, Florida 33710

/s/ Michael H. Moody

*TAL 452282726v1*