UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SEALED UNIT PARTS CO., INC.,

    Judgment Creditor,

v.                                        Case No. 8:17-mc-00109-CEH-AEP

SYCOM SURGE, INC. N/K/A BREN
TUCK, INC.; MARK TUCKER; DAVID
ROSS BRENNAN; AND TURNER
SOLUTIONS, INC.

    Judgment Debtors.
_____/

## NOTICE TO APPEAR

PARTY COMMANDED TO APPEAR:

    **BEVERLY A. BRENNAN**
    **10124 Yacht Club Dr.**
    **Treasure Island, Florida 33706**

YOU ARE HEREBY NOTIFIED that proceedings supplementary to execution pursuant to Section 56.29, Florida Statutes, have been commenced in the above-styled action to obtain satisfaction of a Final Judgment entered on June 12, 2017 against your husband and others in the initial principal amount of $2,760,000, plus post-judgment statutory interest accruing at the rate of 1.15% per annum, plus attorneys' fees and costs (the "Final Judgment"). During the course of the proceedings, the judgment holders (the "Judgment Creditors") have filed motions, Supplemental Complaints, and/or affidavits describing property not exempt from execution in your hands, or property, debts, or other obligations in your possession or control which may be applied toward satisfaction of the Final Judgment. The known properties in your possession or

control that may be available to satisfy the Final Judgment are described with reasonable particularity in the Supplemental Complaint that has been served on you.

To the extent you are in possession of other tangible or intangible property, or property, debts, or other obligations which may be able to satisfy the debts owing to the Judgment Creditors (all of the foregoing "Other Property"), please take steps to preserve and protect the Other Property and immediately contact Judgment Creditors' counsel Michael H. Moody, Esq., Greenberg Traurig, P.A., 101 E. College Ave., Tallahassee, Florida 32301 telephone (850) 425-8544; facsimile (850) 521-1341; email MoodyM@gtlaw.com, with a description of the Other Property.

PLEASE BE FURTHER ADVISED you may contest the Judgment Creditors' rights to the above-described property and you have the opportunity to present defenses. In the course of presenting defenses contesting the Judgment Creditors' rights to the above-described property, discovery as provided under the Florida Rules of Civil Procedure is available to you. Further, you have a right to a jury trial as provided in Section 56.18, Florida Statutes.

YOU ARE HEREBY DIRECTED to file an affidavit, as provided in Section 56.16, Florida Statutes, with the Court within seven (7) days of the receipt of this Notice to Appear stating why the property, debt, or other obligation should not be applied to satisfy the Final Judgment. The responding affidavit must raise any fact or defense opposing application of the above-described property to satisfy the Final Judgment, including legal defenses. Legal defenses need not be filed under oath, but must be served contemporaneously with the affidavit.

YOU ARE FURTHER DIRECTED to preserve all of the above-described property and any Other Property until the resolution of Judgment Creditors' claims are resolved.

DONE AND ORDRED in Chambers in Tampa, Florida on this \_\_\_9th\_\_\_ day of March, 2018.

_____
    /s/ CRobert