AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Sealed Unit Parts Co., Inc. <br><br> *Plaintiff(s)* <br> v. <br> Sycom Surge, Inc., et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 8:17-mc-109 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  12929 44TH STREET LLC
C/O IS MANAGER
DAVID R. BRENNAN
10124 Yacht Club Dr.
Treasure Island, Florida 33706

or via its Registered Agent, Carlton Ward, 1253 Park Street, Clearwater, Florida 33756

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael H. Moody, Esq.
Greenberg Traurig, P.A.
101 E. College Ave.
Tallahassee, Florida 32301
moodym@gtlaw.com
(850) 222-6891

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/9/18                                                             C. Robert
                                                                          *Signature of Clerk or Deputy Clerk*