UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SEALED UNIT PARTS CO., INC.,

    Judgment Creditor,

v.                                      Case No. 8:17-mc-00109-CEH-AEP

SYCOM SURGE, INC. N/K/A BREN
TUCK, INC.; MARK TUCKER; DAVID
ROSS BRENNAN; AND TURNER
SOLUTIONS, INC.

    Judgment Debtors.
_____/

**MOTION FOR ENTRY OF STIPULATED ORDER DISSOLVING
WRIT OF GARNISHMENT TO SUNTRUST BANK**

Judgment Creditor, Sealed Unit Parts Co., Inc., moves for entry of a Stipulated Order Dissolving Writ of Garnishment to Bank of America, N.A. without prejudice, and respectfully states as follows:

On November 13, 2017, a Writ of Garnishment (D.E. 13) was issued to Garnishee, Suntrust Bank. On November 21, 2017, Suntrust Bank served its Answer (D.E. 31) to the Writ of Garnishment. On November 30, 2017, Judgment Debtor, David Ross Brennan, served a claim of exemption and Motion to Dissolve the Writ of Garnishment (D.E. 38) to Suntrust Bank. Judgment Creditor and Judgment Debtor then engaged in expedited discovery relating to Judgment Debtor's claims of exemption.

Judgment Creditor, garnishee, and Judgment Debtor, have agreed to resolve the Writ of Garnishment by entry of the Order, attached hereto as Exhibit A, dissolving the Writ of Garnishment without prejudice.

**WHEREFORE**, Judgment Creditor respectfully requests entry of the Stipulated Order Dissolving the Writ of Garnishment to Suntrust Bank, without prejudice.

/s/ Michael H. Moody
Michael H. Moody
Florida Bar No. 66471
GREENBERG TRAURIG, P.A.
101 East College Avenue
Post Office Drawer 1838
Tallahassee, Florida 32302
Phone: (850) 222-6891
Fax: (850) 681-0207
*Counsel for Judgment Creditor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this the 22nd day of March, 2018, a true and correct copy of the foregoing was filed electronically using the CM/ECF, and served as follows via CM/ECF or U.S. Mail:

| | |
|---|---|
| Michael A. Nardella<br>Nardella & Nardella, PLLC<br>250 E. Colonial Drive, Suite 102<br>Orlando, Florida 32801<br>mnardella@nardellalaw.com<br>*Counsel for David Ross Brennan* | Turner Solutions, Inc.<br>1217 Robinson Drive North<br>Saint Petersburg, Florida 33710<br><br>John A. Barry<br>SunTrust Legal Department<br>MC-FL-Orlando-1093<br>200 S Orange Ave<br>Orlando, FL 32801 |
| Mark Tucker<br>1217 Robinson Drive North<br>Saint Petersburg, Florida 33710 | Email: john.barry@suntrust.com<br>Attorney for Suntrust Bank |
| Sycom Surge Inc.<br>n/k/a Bren Tuck, Inc.<br>1217 Robinson Drive North<br>Saint Petersburg, Florida 33710 | |

/s/ Michael H. Moody