UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SEALED UNIT PARTS CO., INC.,

    Judgment Creditor,

v.                                              Case No. 8:17-mc-00109-CEH-AEP

SYCOM SURGE, INC. N/K/A BREN
TUCK, INC.; MARK TUCKER; DAVID
ROSS BRENNAN; AND TURNER
SOLUTIONS, INC.

    Judgment Debtors.
_____/

**MOTION FOR ENTRY OF STIPULATED ORDER DISSOLVING
WRIT OF GARNISHMENT TO BANK OF AMERICA, N.A.**

    Judgment Creditor, Sealed Unit Parts Co., Inc., moves for entry of a Stipulated Order Dissolving Writ of Garnishment to Bank of America, N.A. without prejudice, and respectfully states as follows:

    On December 6, 2017, a Writ of Garnishment (D.E. 51) was issued to Garnishee, Bank of America, N.A. On December 8, 2017, Bank of America served its Answer (D.E. 54) to the Writ of Garnishment. On December 20 and 21, 2017, Judgment Debtor, David Ross Brennan, filed claims of exemption (D.E. 70, 72) relating to the accounts subject to the Writ of Garnishment. Judgment Creditor and Judgment Debtor then engaged in discovery relating to Judgment Debtor's claims of exemption.

    Judgment Creditor, garnishee, and Judgment Debtor, have agreed to resolve the Writ of Garnishment by entry of the Order, attached hereto as Exhibit A, dissolving the Writ of Garnishment without prejudice.

    **WHEREFORE**, Judgment Creditor respectfully requests entry of the Stipulated Order

Dissolving the Writ of Garnishment to Bank of America, N.A., without prejudice.

*/s/ Michael H. Moody*
Michael H. Moody
Florida Bar No. 66471
GREENBERG TRAURIG, P.A.
101 East College Avenue
Post Office Drawer 1838
Tallahassee, Florida 32302
Phone: (850) 222-6891
Fax: (850) 681-0207
*Counsel for Judgment Creditor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 22nd day of March, 2018, a true and correct copy of the foregoing was filed electronically using the CM/ECF, and served as follows via CM/ECF or U.S. Mail:

| | |
|---|---|
| Michael A. Nardella<br>Nardella & Nardella, PLLC<br>250 E. Colonial Drive, Suite 102<br>Orlando, Florida 32801<br>mnardella@nardellalaw.com<br>*Counsel for David Ross Brennan*<br><br>Mark Tucker<br>1217 Robinson Drive North<br>Saint Petersburg, Florida 33710<br><br>Sycom Surge Inc.<br>n/k/a Bren Tuck, Inc.<br>1217 Robinson Drive North<br>Saint Petersburg, Florida 33710 | Turner Solutions, Inc.<br>1217 Robinson Drive North<br>Saint Petersburg, Florida 33710<br><br>Joseph Noa<br>The Noa Law Firm, P.A.<br>P.O. Box 941958<br>Miami, FL 33194<br>Email: e-service@noalawfirm.com<br>Attorney for Bank of America, N.A. |

/s/ Michael H. Moody
