UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SEALED UNIT PARTS CO., INC.,

    Judgment Creditor,

v.                                                Case No. 8:17-mc-00109-CEH-AEP

SYCOM SURGE, INC. N/K/A BREN
TUCK, INC.; MARK TUCKER; DAVID
ROSS BRENNAN; AND TURNER
SOLUTIONS, INC.

    Judgment Debtors.
_____/

**MOTION FOR ENTRY OF STIPULATED FINAL JUDGMENT**

Judgment Creditor, Sealed Unit Parts Co., Inc., moves for entry of a Stipulated Final Judgment on the Writ of Garnishment issued to Branch Banking and Trust Company ("BB&T"), and respectfully states as follows:

On October 18, 2017, Judgment Creditor filed its *Ex Parte* Motion for Writ of Garnishment to BB&T (D.E. 11). The Court clerk duly issued the Writ of Garnishment to BB&T on the same day.

In accordance with Section 77.041, Florida Statutes, Judgment Creditor served a copy of its *Ex Parte* Motion for Writ of Garnishment to BB&T, a copy of the Writ of Garnishment issued to BB&T, and the statutory Notice to Defendants of their Rights Against Garnishment of Wages, Money, and Other Property, to each Defendants' last known address within five (5) business days after the Writ of Garnishment to BB&T was issued. *See* Notice of Filing D.E. 20. The Writ of Garnishment was served on BB&T by the United States Marshalls Service on November 9, 2017. *See* Notice of Filing Return of Service (D.E. 29).

On November 21, 2017, BB&T filed its answer to the Writ of Garnishment (D.E. 32). BB&T's answer revealed that it held five (5) accounts believed to be subject to the Writ of Garnishment including: (1) Account No. XXXX8603 in the name of the Lauren Jones Irrevocable Trust, containing $4,452.95; (2) Account No.: XXXX9840 in the name of Mark Tucker, containing $129.21; (3) Account No.: XXXX6606 in the name of Justin D. Turner and Mark Tucker, containing $218.27; (4) Account No.: XXXX6387 in the name of Mark Tucker, containing $105.00; and (5) Account No.: XXXX5931 in the name of Turner Solutions Inc. containing $42,170.00.

In accordance with Section 77.055, Florida Statutes, Judgment Creditor served a copy of BB&T's answer and a notice advising Judgment Debtors that they must move to dissolve the writ of garnishment within 20 days after the date indicated on the certificate of service in the notice if any allegation in the Motion for Writ of Garnishment is untrue.  *See* Notice of Filing (D.E. 34).

The only Judgment Debtor to file a response or objection to the Writ of Garnishment to BB&T was David Ross Brennan.  On November 30, 2017, Mr. Brennan filed a Motion to Dissolve In Part the Writ of Garnishment to BB&T (D.E. 39).  The Motion sought to dissolve the Writ of Garnishment to BB&T only insofar as it garnished Account No.:  Account No. XXXX8603 in the name of the Lauren Jones Irrevocable Trust, contending Mr. Brennan is a trustee and non-beneficiary of that particular account.   The Motion did not challenge Judgment Creditor's garnishment of any of the other four accounts identified in BB&T's Answer.   On December 15, 2017, Mr. Brennan filed a separate Claim of Exemption and Request for Hearing (D.E. 62) stating the same limited objection to garnishment with respect to Account No. XXXX8603 in the name of the Lauren Jones Irrevocable Trust.

No other responses, objections, or claims of exemption have been filed with respect to the Writ of Garnishment to BB&T.

Judgment Creditor, BB&T, and Judgment Debtor, David Ross Brennan, have stipulated to entry of the Final Judgment on the Writ of Garnishment, attached hereto as **Exhibit A.** The stipulated Final Judgment awards Judgment Creditor all funds in any account to which Judgment Debtors have signatory authority, including, but not limited to: (1) Account No.: XXXX9840 in the name of Mark Tucker; (2) Account No.: XXXX6606 in the name of Justin D. Turner and Mark Tucker; (4) Account No.: XXXX6387 in the name of Mark Tucker; and (5) Account No.: XXXX5931 in the name of Turner Solutions Inc. However, the Stipulated Final Judgment dissolves the Writ of Garnishment with respect to Account No. XXXX8603 in the name of the Lauren Jones Irrevocable Trust.

**WHEREFORE**, Judgment Creditor respectfully requests entry of the Stipulated Final Judgment on the Writ of Garnishment to Branch Banking and Trust Company.

> */s/ Michael H. Moody*
> Michael H. Moody
> Florida Bar No. 66471
> GREENBERG TRAURIG, P.A.
> 101 East College Avenue
> Post Office Drawer 1838
> Tallahassee, Florida 32302
> Phone: (850) 222-6891
> Fax: (850) 681-0207
> *Counsel for Judgment Creditor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this the 22nd day of March, 2018, a true and correct copy of the foregoing was filed electronically using the CM/ECF, and served as follows via CM/ECF or U.S. Mail:

Michael A. Nardella
Nardella & Nardella, PLLC
250 E. Colonial Drive, Suite 102
Orlando, Florida 32801
mnardella@nardellalaw.com
(407) 540-6600
*Counsel for David Ross Brennan*

Mark Tucker
1217 Robinson Drive North
Saint Petersburg, Florida 33710

Sycom Surge Inc.
n/k/a Bren Tuck, Inc.
1217 Robinson Drive North
Saint Petersburg, Florida 33710

Turner Solutions, Inc.
1217 Robinson Drive North
Saint Petersburg, Florida 33710

Alissa M. Ellison
GrayRobinson, PA
Suite 2700
401 E Jackson St
Tampa, FL 33602-5233
813/273-5068
Fax: 813/273-5145
Email: alissa.ellison@gray-robinson.com
Attorney for Branch Banking and Trust Company

/s/ Michael H. Moody